UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------- x

UNITED STATES OF AMERICA          :

    - v. -                         :   NOTICE OF INTENT
                                       TO FILE AN INFORMATION
ANTHONY WEINER,                   :
                                       17 Cr.
    Defendant.                     :
------------------------------- x

**17 CRIM 307**

Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
           May 16, 2017

                    JOON H. KIM
                    Acting United States Attorney

          By:   _____
                Amanda Kramer/Stephanie Lake
                Assistant United States Attorneys

                    AGREED AND CONSENTED TO:

          By:   _____
                Arlo Devlin-Brown, Esq.
                Attorney for Anthony Weiner

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/17
```