```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAY 1 9 2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                :

    - v. -                                        :     INFORMATION

ANTHONY WEINER,                         :     17 Cr. CRIM 307

    Defendant.                                    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### COUNT ONE
(Transfer of Obscene Material to a Minor)

The United States Attorney charges:

1.    From at least in or about January 2016, up to and including at least in or about March 2016, in the Southern District of New York and elsewhere, ANTHONY WEINER, the defendant, using facilities and means of interstate and foreign commerce, did knowingly transfer obscene matter to another individual who had not attained the age of 16 years, knowing that such other individual had not attained the age of 16 years, and did attempt to do so, to wit, WEINER used Internet messaging and video chat applications to send and transfer obscene matter, including but not limited to (i) directions to engage in sexual conduct and (ii) sexually explicit images, to a minor whom WEINER knew to be 15 years old.

(Title 18, United States Code, Section 1470.)

### FORFEITURE ALLEGATION

2.    As a result of committing the offense alleged in Count One of this Information, ANTHONY WEINER, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 1467: any and all obscene material produced, transported, mailed, shipped, or received in violation of this chapter; any and all property, real or personal,



constituting or traceable to gross profits or other proceeds obtained from such offense; and any and all property, real or personal, used or intended to be used to commit or to promote the commission of such offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense, and the following specific property: one iPhone, Serial No. F73PN3KRG5MG (the "Specific Property").

## Substitute Assets Provision

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 1467;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

*Joon H. Kim*
JOON H. KIM
Acting United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

ANTHONY WEINER,

Defendant.

## INFORMATION

17 Cr. ___ ( )

(18 U.S.C. § 1470.)

JOON H. KIM
Acting United States Attorney.
