UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- x

UNITED STATES OF AMERICA          :

    - v. -                           :    WAIVER OF INDICTMENT

ANTHONY WEINER,                   :    17 Cr.

                       Defendant.
---------------------------------- x

**17 CRIM 307**

The above-named defendant, who is accused of violating Title 18, United States Code, Section 1470, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __19 2017__

_____
Anthony Weiner
Defendant

_____
Witness

_____
Arlo Devlin-Brown, Esq.
Counsel for Defendant

Date: New York, New York
       May 19, 2017

0202