UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- v. -<br><br>ANTHONY WEINER,<br><br>Defendant. | 17-CR-00307 (DLC)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that PAUL FITZGERALD DOWNS, an attorney duly admitted to practice before this Court and resident in Covington & Burling LLP's New York Office, hereby appears as counsel on behalf of Anthony Weiner in the above-captioned action and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon him at the following address:

> Paul Fitzgerald Downs
> COVINGTON & BURLING LLP
> 620 Eighth Avenue
> New York, NY 10018
> Tel: (212) 841-1083
> pdowns@cov.com

Dated: May 19, 2017
      New York, NY

Respectfully submitted,

By: /s/ Paul Fitzgerald Downs

Paul Fitzgerald Downs
COVINGTON & BURLING LLP
620 Eighth Avenue
New York, NY 10018
Tel: (212) 841-1083
pdowns@cov.com

*Attorney for Defendant Anthony Weiner*



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 19 2017