UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA,            :    17Cr0307 (DLC)
                                     :
            -v-                      :    ORDER
                                     :
ANTHONY WEINER,                      :
                    Defendant.       :
                                     :
-------------------------------------X

DENISE COTE, District Judge:

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 6/2/17

   The defendant having pled guilty on May 19, 2017 before the Honorable Loretta A. Preska and the sentence date having been scheduled for **September 8, 2017** at **11 a.m.**, it is hereby

   ORDERED that Counsel for defendant shall arrange to have the defendant interviewed by the Probation Department within two weeks of this Order.

   IT IS FURTHER ORDERED that any defense submissions regarding sentence shall be due **August 25** and the Government's response shall be due **September 1**.

Dated:   New York, New York
         June 2, 2017

                                    _____
                                           DENISE COTE
                                    United States District Judge