# COVINGTON

BEIJING   BRUSSELS   DUBAI   JOHANNESBURG   LONDON
LOS ANGELES   NEW YORK   SAN FRANCISCO   SEOUL
SHANGHAI   SILICON VALLEY   WASHINGTON

Arlo Devlin-Brown

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T +1 212 841 1046
adevlin-brown@cov.com

**By ECF**

August 17, 2017

Hon. Denise L. Cote
United States District Judge
United States Courthouse
500 Pearl St.
New York, NY 10007

    Re: *United States* v. *Anthony Weiner,* 17 Cr. 307 (DLC)

Dear Judge Cote:

    On behalf of our client Anthony Weiner, and with consent of the Government, we respectfully request that the Court reschedule the sentencing proceeding from September 8, 2017 to October 6, 2017 (with the defense sentencing submission due on September 22, 2017 and Government submission due on September 29, 2017). This is the first adjournment requested in this matter. The parties are both available on October 6 at the Court's convenience.[1]

    As the Court is aware, Anthony Weiner entered a plea of guilty at his initial appearance on May 19, 2017. We understand that the independent evaluation requested by the Probation Department and approved by the Court will likely be completed and available to review and the initial disclosure by the Probation Department of the draft Presentence Investigation Report ("PSR") is expected tomorrow Both documents, of course, are crucial to preparation of the defense's sentencing submission.

    The requested adjournment will enable the defense to carefully review the independent evaluation and fashion a sentencing recommendation that best addresses the need for continuing treatment. The adjournment will also permit the defense to review the offense conduct information described in the PSR and attempt to resolve any questions with the government in advance of the sentencing submission, particularly important here as Mr. Weiner pled guilty immediately upon the filing of charges and without Rule 16 discovery. A due date of September 22, 2017 for the defense's written submission, with sentencing two weeks thereafter, should enable the defense to accomplish these objectives and provide a well-developed submission that

---

[1]     Should October 6 be inconvenient for the Court, the defense respectfully requests that sentencing not take place before October 2, 2017. In addition to providing insufficient time for the reasons set forth in this letter, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

NY: 1065480-1

**COVINGTON**

we hope will be helpful to the Court in determining an appropriate sentence.

                                                      Respectfully submitted,

                                                     /s Arlo Devlin-Brown

                                                     Arlo Devlin-Brown

cc: AUSA Amanda Kramer and AUSA Stephanie Lake