```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                           :
UNITED STATES OF AMERICA,                  :       17Cr0307 (DLC)
                                           :
            -v-                            :          ORDER
                                           :
ANTHONY WEINER,                            :
                          Defendant.       :
                                           :
------------------------------------------X
```

DENISE COTE, District Judge:

The Presentence Report ("PSR") for defendant Anthony Weiner was disclosed to him on August 18. Federal Rule of Criminal Procedure 32 requires the PSR to be disclosed 35 days before sentence. Through letters of August 17 and August 18, the defendant requests an adjournment of his sentence, now scheduled for September 8, 2017. Accordingly, it is hereby

ORDERED that the sentence is adjourned to September 25 at 10:00 a.m. in Courtroom 15B.

IT IS FURTHER ORDERED that the defendant's sentencing submissions are due September 11, and the Government's sentencing submissions are due September 18.

Dated:   New York, New York
         August 18, 2017

                                    _____
                                              DENISE COTE
                                    United States District Judge