

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 8, 2017

**BY ECF & HAND**

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   **United States v. Anthony Weiner,**
              **17 Cr. 307 (DLC)**

Dear Judge Cote:

      The Government respectfully writes to convey the parties' joint request for a two-day extension of the deadlines for filing sentencing submissions in the above-captioned matter to accommodate the scheduling needs of the United States Probation Department. The parties request a deadline of September 13, 2017 for the defense sentencing submission and a deadline of September 20, 2017 for the Government's sentencing submission. The defendant is scheduled to be sentenced on September 25, 2017.

                                        Respectfully submitted,

                                        JOON H. KIM
                                        Acting United States Attorney for the
                                        Southern District of New York

                           By: _____/s/_____
                               Amanda Kramer/Stephanie Lake
                               Assistant United States Attorneys
                               (212) 637-2478/1066

cc:     Arlo Devlin-Brown, Esq. (by ECF and e-mail)