

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---



*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 8, 2017

**BY ECF & HAND**

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

>    USDC SDNY
>    DOCUMENT
>    ELECTRONICALLY FILED
>    DOC #:
>    DATE FILED: 9/8/2017

    Re:   **United States v. Anthony Weiner,**
          **17 Cr. 307 (DLC)**

Dear Judge Cote:

   The Government respectfully writes to convey the parties' joint request for a two-day extension of the deadlines for filing sentencing submissions in the above-captioned matter to accommodate the scheduling needs of the United States Probation Department. The parties request a deadline of September 13, 2017 for the defense sentencing submission and a deadline of September 20, 2017 for the Government's sentencing submission. The defendant is scheduled to be sentenced on September 25, 2017.

Granted.
/s/ Denise Cote
9/8/17

                              Respectfully submitted,

                              JOON H. KIM
                              Acting United States Attorney for the
                              Southern District of New York

                        By:   /s/
                              Amanda Kramer/Stephanie Lake
                              Assistant United States Attorneys
                              (212) 637-2478/1066

cc:   Arlo Devlin-Brown, Esq. (by ECF and e-mail)