UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

United States of America

       Plaintiff,

Case No. 17-cr-307 (DLC)

-against-

Anthony Weiner

       Defendant.
------------------------------------------------------

### NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending    [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:

**Arlo Devlin-Brown**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: AD2913    My State Bar Number is 3969938

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: US Attorney's Office - Southern District of New York
       FIRM ADDRESS: 500 Pearl Street, New York, NY 10007
       FIRM TELEPHONE NUMBER: 212-805-0136
       FIRM FAX NUMBER:

NEW FIRM:   FIRM NAME: Covington & Burling LLP
       FIRM ADDRESS: 620 Eighth Avenue, 41st Fl.
       FIRM TELEPHONE NUMBER: 212-841-1046
       FIRM FAX NUMBER: 646-441-9046

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: September 11, 2017

                 _____
                 ATTORNEY'S SIGNATURE