UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ANTHONY WEINER,<br><br>           Defendant. | No. 17 Cr. 307 (DLC)<br><br>**Motion for Admission**<br>***Pro Hac Vice* of Erin Monju** |

      Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Erin Monju, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for defendant Anthony Weiner in the above-captioned action.

      I am in good standing with the New York State Bar, and there are no pending disciplinary proceedings against me in any state or federal court. A certificate of good standing from the State of New York is annexed hereto as Exhibit A. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. A proposed Order for Admission *Pro Hac Vice* is annexed hereto as Exhibit B. The declaration required by Local Rule 1.3 is annexed hereto as Exhibit C.

Dated: September 11, 2017
       New York, NY

Respectfully Submitted,

/s/ Erin Monju
Erin Monju

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
212-841-1172
emonju@cov.com