UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

ANTHONY WEINER,

          Defendant.

No. 17 Cr. 307 (DLC)

**Order for Admission**
*Pro Hac Vice*

The motion of ERIN MONJU, for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the Bar of the State of New York and that her contact information is as follows:

    Erin Monju
    Covington & Burling LLP
    The New York Times Building
    620 Eighth Avenue
    New York, NY 10018-1405
    212-841-1172
    emonju@cov.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for defendant Anthony Weiner in the above-captioned case;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

SO ORDERED this ___ day of _____ by:       _____
                                                          United States District Judge