UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

ANTHONY WEINER,

          Defendant.

No. 17 Cr. 307 (DLC)

**Declaration in Support of Motion for Admission *Pro Hac Vice***

I, Erin Monju, hereby certify that the following information is true:

1. My name is Erin Monju. I am an attorney at law licensed to practice before the courts of the State of New York.

2. I am an associate with the law firm of Covington & Burling LLP, located at The New York Times Building, 620 Eighth Avenue, New York, NY 10018-1405, which is counsel to defendant Anthony Weiner in this matter.

3. I make this declaration pursuant to Rule 1.3 of the United States District Courts for the Southern District and Eastern District of New York in support of defendant's motion for my admission *pro hac vice* to this Court for all purposes in connection with this action.

4. I have been a member in good standing of the State of New York bar since 2013.

5. I have never been convicted of a felony.

6. I have never been held in contempt of any court, nor have I been censured, suspended, disbarred, or denied admission or readmission by any court.

7. I am not the subject of any present or past disciplinary proceedings in this or any court.

8. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

1

Executed on September 11, 2017 in New York, NY.

       By: /s/ Erin Monju
          Erin Monju