Exhibit 6



QUEENS PICTURES LLC

June 28, 2017

Hon. Denise L. Cote
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Hon. Judge Cote,

Please allow me to provide a letter of support on behalf of Anthony Weiner.
My name is Flavio Alves, and I am the founder of *Queens Pictures*, a New York based film production company. After moving from Brazil to the United States in 1998, I attended Columbia University in New York City, where I earned my undergraduate degree in Political Science. Following my graduation, I worked as an intern for Congressman Anthony Weiner in 2004, and later, during the same year, for New York Senator Hillary Clinton.

Film has always been my passion. I left my political career to pursue my dream, and enrolled in New York University Film Studies in 2007. My short film, *Even in My Dreams*, screened at various film festivals. It was also the winner of the Golden Palm Award at the 2009 Mexico International Film Festival, and the Golden Ace Award at the 2009 Las Vegas International Film Festival. Additionally, my 2010 film, *The Secret Friend*, received awards from all around the world. Overall, I have produced more than 20 short and feature films in my career, including *Tom in America*, starring Academy Award nominee Burt Young and Sally Kirkland, and more recently, my first feature film as a director, *The Garden Left Behind*, starring Michael Madsen and Ed Asner.

During the Spring of 2004, I applied to an internship at Anthony Weiner's office to fulfill an academic requirement. Although I knew very little about him at the time, I was aware that he was my representative in Congress, and that his office happened to be a few blocks from my home. My application was accepted almost immediately, and I started working the following week. Even though I was majoring in Political Science, and had a passion for American politics, I didn't yet have the necessary experience. However, my unflinching desire to learn, and my strong work ethic proved to be valuable tools for this newfound position. I immediately took on any task that I was assigned, and, as my responsibility grew, I welcomed even more challenges. I recall that in less than a week, I was already personally revising and updating the congressman's official website, and traveling with the him to various events throughout the state. These experiences allowed me to view him as the inspiring individual he was, as opposed to the congressman the public knew.

Most of all, it was during that time that Mr. Weiner gained my respect, which is the main reason why working with him impacted me on such a personal level. Anthony already new that I

was a gay man, and that I was in a long-term relationship with my partner. When he asked for my opinion on why he should support gay marriage, I already was well aware that he stood for gay rights and marriage equality. However, I was surprised that he had thought to ask me that question personally. To be honest, I was thrilled to discuss a topic with him that affected my life on such a meaningful level. He later told me that on that same night, he would be a guest on a television show, and that he would be questioned on whether or not he would publicly support marriage equality. Needless to say, when the question was asked, Anthony did not hesitate to support same-sex couples, and their right to get married. His words meant the world to me, and I was proud that I was able to share with him my personal experiences, so that he could truly understand why his words affected me on so many levels.

In 2005, Anthony decided to run for Mayor of New York City, and invited me to work for him at his campaign office. We initially started with a small group, but we continued to grow every day. Though I worked in different capacities, my main role at the office was to act as a liaison between the congressman and the LGBTQ community. Anthony's record on LGBTQ issues was not an easy sell, since most people were not familiar with his exploits. In response, I decided to create a group named *Out for Anthony*. We even created a website (www.outforanthony.com), and made shirts, buttons, hats, mugs, etc. It was unparalleled by all candidates. The campaign became very popular, and we received tons of press from various news outlets, and praise from the LGBTQ community. During the 2005 campaign for mayor, Anthony received an endorsement from various LGBTQ organizations, including the Lambda Independent Democrats (LID). Today, many years later, I look back and see how far the community moved forward, and I give him lots of credit for contributing to the change. I will never forgot those who helped pave the road I freely walk upon today.

I hope this letter provided insight into what it was like to work for Mr. Weiner and his team at his district office in Key Gardens, NY. I can certainly say that the opportunity Anthony gave me as intern, in addition to everything I learned from him and his team while working at his office, had a tremendous impact on my career as a filmmaker. Therefore, without hesitation, I give Mr. Weiner my highest recommendation.

Sincerely yours,

Flavio Alves
Director at Queens Pictures LLC

Exhibit 7


The Bronx, NY
28 July 2017

Hon. Denise L. Cole
United States District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Dear Judge Cole:

I am writing this letter in regard to Mr. Anthony Weiner, whom I have known for approximately at 12 years. We had originally met in our capacities as government officials/public servants attending various public events.

In my own career, I have always tried to engage on a personal level with colleagues in government and I found that Anthony had that personable side as well, despite our politics and allegiances being very different. I have always found that those in the political world that can exhibit that kind of relaxed trait have a genuine and rare sense of caring, and wanting to connect with people in order to hear them out. It's what made Anthony exceptional in the constituent services aspect of his public career.

I further had the occasion to have both Anthony and his dad visit my office when I was Commissioner of the City's Department of Records to sit and chat about some family documentation that I, being an avid genealogist, had researched.  We had at earlier meet-ups spoken about genealogy and family history and Anthony became very interested in what I might be able to uncover. His reactions to the findings further illustrated his care and love for his family and his interactions with his dad showed me again a dutiful and abiding respect.  I also remember how overjoyed he was at becoming a dad himself.

These qualities are admirable ones. I believe they are the overriding qualities that need to considered when we come up a little short in our lives and how we can

sometimes behave. I also believe that they are the qualities that will see Anthony through his difficulties and help repair the disruptions in his life.
Thank you for taking these observations into account.

Sincerely yours,

Brian G. Andersson

# Exhibit 8

# JUDITH L. BARON



Brooklyn N. Y.

August 11, 2017

Honorable Denise I. Cote
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, N. Y. 10007-1312

Dear Judge Cote,
I write this letter to you in order to give you my perspective as it relates to Anthony Weiner. In doing so, I believe you should know about me and why I chose to write this letter.

To be completely transparent, Mort Weiner, Anthony's father, graduated from NYU Law School with my husband and so there is a personal connection my husband has with Mort Weiner that I must disclose. We do, on occasion, socialize with Mort and his wife. However, the friendship did not include family and I did not know Anthony before he began his political career.

I am, currently, and have been for over 21 years, a Commissioner representing New York State on the Interstate Environmental Commission—a tri State agency chartered by Congress in 1936. The Commission serves the States of New York, New Jersey and Connecticut and we are involved in the many environmental matters that are necessary in keeping the waterways of all three States in our jurisdiction at the most optimal conditions possible. I have had the privilege of being elected by my colleagues as Chairperson of the Commission two times and have served and continue to serve, as Vice Chair from the State of New York.

I am also President of the Manhattan Beach Community Group, a civic/homeowners association representing twelve hundred homeowners in Manhattan Beach, Brooklyn, New York.

This brings me to my comments about Anthony Weiner and why I believe you should hear from people like me who know the "other" Anthony Weiner.

I have known Anthony Weiner from his early days in the political field when he represented Congressman Chuck Schumer. Anthony came to civic association meetings where he was affable and conscientious and we called him the "young" but much slimmer clone of Chuck Schumer! When there was a re-districting in our community leaving an open seat for the New York City Council, we began to see

Chuck's protégé at subways, on our streets, ringing our doorbells and telling everyone how much he wanted to serve our community! And so, without a great deal of the usual political support, Anthony Weiner became our Councilman.

Again, that affable, conscientious person came to meetings. As Councilman, he never shied away from a tough problem. I remember one time, when I represented a group of citizens, he flat out told me that he was going to vote against my wishes but for what he believed was for the greater good. Although I did not like what I heard, I was still surprised, a few days after the vote, when he called me asking what else he could do where we both agreed! He "cured" the divisiveness on my side of the issue with tact and understanding.

As our Councilman and then as our Congressman, Anthony Weiner was a model of what all elected representatives should be. He was approachable...in fact he wanted to know everything that was going on! He was caring and paid attention to problems. He didn't come to meetings with a "pedestal" as many elected representatives do. He really wanted to know how he could help...and he did help when there was an issue he was able to address. What was amazing, was that when a civic association had a meeting on a Wednesday evening and when it was customary for Congress to finish their work "week" on Wednesday...Anthony made it his business to get on an early flight and attend those meetings. I might add, here, that not one Congressperson before or since has managed to attend our civic meetings by leaving Washington early in order to be there for their constituents!

I want to share one story about Anthony Weiner that really illustrates the care he took in helping underprivileged New Yorkers. I am a member of the Knickerbocker Field Club, a 130 year old outdoor membership owned tennis facility located in the Flatbush neighborhood of Brooklyn. It was, in its beginning, a "whites only, Anglo-Saxon Protestant only" club serving the gentrified Brooklyn neighborhoods of Prospect Park South and Ditmas Park. When Anthony was a Councilman, he heard about our efforts to provide children, from the now quite diverse neighborhood, access to tennis through free summer programs. Anthony was incredibly enthused, offered to come to the program, where he talked to the young students about citizenship, playing the game, being part of a positive "group." Not only did he encourage them to do well in school, but he also played tennis with the campers! The tennis club wasn't in his Council district, but he didn't care. He was thrilled to help with our efforts with the program, and he came back often giving inspirational talks to the campers and sharing his love of sports.

If there is to be a "legacy" for the Anthony Weiner many of us, including myself, know, it has to include those accomplishments he made for his constituents; the compassion he had for his job and for his community; that funny person who was able to help and to do so much good for so many people....that Anthony does have a wonderful "legacy."

Thank you for the opportunity to write about the "other" Anthony Weiner.

Sincerely,

[signature]

Exhibit 9

August 9, 2017

Hon. Denise L. Cote
United States District Judge
Daniel Patrick Moynihan
United States Court House
500 Pearl St.
New York, NY 10007-1312

Dear Judge Cote,

By way of introduction and background for my following statement in support of Anthony Weiner I respectfully submit the following for your consideration:

I have practiced law in the State on New York for the past 57 years. I am currently an owner of a New York corporation, its Chief Operating Officer and General Counsel. I act as an attorney, on a pro bono basis, for the Manhattan Beach Community Group a 76 year old homeowners association located in southern Brooklyn. For 14 years I served as the President of the Knickerbocker Field Club located in the Flatbush section of Brooklyn. The club is a not for profit membership owned and operated private tennis facility in existence for 130 years.

I am proud to state that I remain a close friend of Morton Weiner, Esq., father of Anthony, since our law school days.

Anthony had a younger brother who was hit by an automobile and killed while crossing a street in Alexandria, Va. My wife and I paid a condolence call at the home of Morton Weiner. In attendance was Anthony. Anthony's father told me that President Clinton called him and asked whether he would give permission for Anthony to travel to Washington, DC to cast a vote for legislation the President felt was vital and for the best interest of the United States. Morton gave his permission. The next day Anthony took the first flight out to Washington, DC. He cast his ballot and returned to Brooklyn in the early afternoon where he continued to grieve with his family after this horrible loss.

The peoples business came first. The grieving would wait its turn.

There was a time when Anthony, while a member of Congress, and I were in the same mid-town Manhattan restaurant enjoying lunch at separate tables. On my way out of the restaurant Anthony asked me what was happening in Manhattan Beach. I said there were too many issues to discuss right now. Anthony said he would call and we could discuss these issues in detail at a later time. In fact Anthony did call and on a Sunday morning Anthony and his assistant spent two hours in my home with myself and wife Judith (President of the Manhattan Beach Community Group). We discussed community matters. Anthony was direct and fair. He told us there were things he could help us with and others where he could not. Looking back at that meeting I could state that Anthony

kept his word and was most helpful to us and our community. In areas that were most important to our quality of life issues Anthony was there for us and his constituents.

There were occasions when Anthony sought my business advise as it concerned legislation relating to the importation of product from Asia. Anthony wanted to know from a businessman's perspective how the proposed legislation would impact my industry. I shared my thoughts with him.

I have known Anthony for most of his adult life and was always happy to support him. I have no regrets. Given a choice of who I would want to champion my cause whether that be as a City Council member or as a member of Congress, the answer would always be "Anthony".

Thank you in advance for your understanding and consideration.

Martin Baron

# Exhibit 10




July 14, 2017

Hon. Denise L. Cote
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Judge Cote:

While I have neither direct knowledge of the personal actions for which Mr. Anthony Weiner is being sentenced nor do I condone such actions, I am writing to provide background about the overwhelmingly positive role he has played in the public sphere through his career in public service.

As the head of a nonprofit organization that serves the most low-income and vulnerable New Yorkers, I can personally attest that Mr. Weiner has long been a champion for those with the least economic and political power. Specifically Mr. Weiner, repeatedly:

- Stood up with low-income New Yorkers and nonprofit organizations to publically call for improved public policies to fight poverty, hunger, and homelessness. He also fought for such policies behind the scenes, standing up to leaders of his own party to push them to ensure that health care programs would cover more moderate income Americans and to get them to more forcefully oppose cuts in federal nutrition assistance benefits.

- -Met personally with low-income New Yorkers and anti-poverty organizations, doing so far more frequently than did most elected officials.

- Proposed detailed and thoughtful plans to reduce poverty, hunger, and homelessness and to build the capacities of nonprofit organizations that addressed those issues. For example, he released a 21 page "Keys to the City" that booklet that proposed bold, new ideas to attack these problems.

- Fought to propose and advance legislation and budget deals to aid the lowest-income New Yorkers and Americans.

He worked tirelessly on nights and weekends to perform public service. All told, he has been a stalwart fighter for people in need. To the extent it is appropriate to do so in the sentencing process, I hope the court considers this information. Thank you.

