Exhibit 11

21 August 2017

Dear Judge Cote:

My name is ███████████ I am an attorney and member of this bar. ██████████████████
█████ I interned in a congressional district office run by Anthony Weiner in the district of which I was a constituent. In 1991, census redistricting had opened a City Council seat within the congressional district and Anthony decided to run in a crowded field of many better known and better financed candidates. Although I knew nothing about campaigning, I had an interest in my community and Anthony invited me to participate on his campaign. Anthony likes meeting and engaging people and the chores of campaigning, burdensome to others, were not to him. While his opponents stood on street corners and at subway entrances behind their signs or minions, Anthony would personally greet each passerby with a handshake. In the evenings we would walk a different block of the district as Anthony knocked on every door of every house and apartment building. If there were homes he missed, he would note the addresses down to make sure he would reach them another night. Anthony was often the only politician many of these residents had ever met and he had a willingness to engage them in conversation. With pen and pad always at the ready, Anthony would write down their concerns and complaints. Despite lacking the resources and name recognition of his opponents, and not having the endorsement of the local Democratic party, Anthony won that election. In fact, Anthony would go on to get re-elected in the district by the largest percentages and highest absolute vote tallies of any City Councilmember. Anthony was ubiquitous in the district with his pad and pen and relentless in his advocacy on behalf of his constituents. ████████████████████ I joined Anthony's City Council office as a full-time employee. Anthony's office helped hundreds and thousands of his constituents (and even non-constituents). Anthony did not ask if you were a voter, a contributor, a Democrat or Republican. If you lived or worked in the district or simply contacted his office for help, Anthony would do his best for you. He knew that if someone contacted him it was because they were desperate, had reached an impasse with a governmental agency, and thought only Anthony could help. Anthony's office number was the de facto 311 before there was 311.

Whether a constituent sought removal of a fallen tree, challenge of an incorrect water bill, fixing of a pothole, installation of a traffic light, pick-up of uncollected garbage, or funding for a local park, after-school program, senior center or tenant association, to the constituent it was the most important issue he or she faced and Anthony made sure his staff treated it as such. Each problem was given an expiration date and if it was not responded to during that time span, Anthony would personally contact the relevant governmental agency head to ensure it was addressed.

The Anthony Weiner I know was a tireless advocate for the elderly, for the working class, for the schools and religious institutions and local merchants in his district. I often wondered how he could find time to attend nearly every event to which he was invited. Pick up any newspaper from Anthony's term as City Councilmember and there is a great likelihood that you will find a story involving Anthony battling the Mayor on behalf of his constituents. Anthony was such a fierce public advocate for removing lead paint

from public housing stairwells, at whatever cost, that the Mayor refused to speak to Anthony for 30 days to show his annoyance. It was Anthony who successfully developed and funded a program to have at risk youth clean-up graffiti in the community. It was Anthony who fearlessly stood up to police brass when resources were diverted out of the community. It was Anthony who

I remember vividly the many senior citizens who would come to the office, first to seek assistance with entitlements or help with inattentive landlords, and then return days later with gifts of baked goods to show their appreciation.

If a constituent spotted Anthony on the street, in a restaurant or online at the grocery, whether early in the morning, late at night, weekday or weekend, they would approach him – as one would an acquaintance -- and unabashedly offer a complaint or a comment. In 1994, ██████████ when Anthony came on a visit with a delegation of New York elected officials. I met Anthony and the delegation in Jerusalem but it was only Anthony that everyone recognized. We walked but a short distance before constituents began approaching him with their comments or concerns.

When the larger Congressional district became vacant, Anthony successfully won election over two state representatives and rival Councilmember. I have no doubt that Anthony won the election because of his superior constituent service and well-deserved reputation for advocacy on behalf of his council district.

I realize Your Honor will have many factors to consider in making an appropriate sentencing decision. I feel very strongly that the Anthony Weiner I know and experienced has not been portrayed in the press and I hope I have here been able to accurately present that portrayal for Your Honor's consideration.



Exhibit 12



# hatch

July 19, 2017

Hon. Denise L. Cote
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Judge Cote,

I am writing this letter on behalf of Anthony Weiner, whom I have known since early 2014. I met Anthony when he contacted me regarding a project that he had conceived and was working on to serve high risk young adults in Rockaway, Queens, NY, a community that had been part of his district when he served as a U.S. Congressman – and of course highly impacted by Superstorm Sandy.

Anthony did in fact engage my services through my consultancy Hatch, LLC and we worked together on the project for a period of about 2 ½ years. I believe that Anthony truly missed his vocation to serve others and the project was a way to fill that void. We worked very well together professionally and it wasn't long before a friendship formed between us as well – a friendship that continues to this day.

As both a friend and a colleague, I have always found Anthony to be engaging, smart, funny - and kind. It was always interesting to be out with him in public, in particular in his former district and to watch the reaction of his former constituents when they recognized him. It was obvious that they cared for him - but without fail, they asked and sometimes begged that he return to Congress so that he could help them – as he had done so ably as their representative. In turn, he was always kind and patient and would hear each individual out and offer advice and suggestions.

On a more personal level, I have often been the recipient of Anthony's kindness and generosity – he is always ready to help with any request I ask of him – ranging from input on ideas and projects around my professional consultancy to assisting my daughter in her career goals. And he never allows me to start a conversation without giving him the opportunity to ask about my elderly mother, my daughter – or just how I am doing.

Anthony has dedicated his life to serving others – through public service as a councilman and a congressman – and as a colleague, a friend and a father. In our recent conversations, Anthony has readily accepted responsibility for his actions and says that he feels "healthy" for the first time in many years – decades perhaps. He attributes this to his ongoing recovery and the support system that he has around him. For those of us who care about Anthony, this is the kind of news we can enjoy hearing about him.

I will continue to support Anthony in his recovery knowing that we will remain lifelong friends.

Sincerely,

Janet Gorence Davas

HATCH, LLC |
NEW ORLEANS LA |
HATCHNOLA.COM

Exhibit 13

August 15, 2017

Hon. Denise L. Cote
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: Anthony Weiner

Dear Judge Cote,

I am former New York State Senator Tom Duane (1999-2012) and I am writing on behalf of my friend, former U.S. Representative Anthony Weiner.

I met Anthony in 1991 when we were both running for the New York City Council and he and I became friends after we were both elected and started to serve together on the New York City Council.

Prior to Anthony's election to Congress, which was before my election to the State Senate, we were more than colleagues. While Anthony was not my best friend in politics or government or outside public service, I considered him to be a friend, and someone who was honest, trustworthy, and dedicated to helping people who lived and worked in his district as well as throughout New York City. Anthony was also ambitious. I believed that Anthony was going to win the Democratic Primary for his Congressional seat, even though he was not favored to win by many political pundits and then win in the General Election. I was also confident that Anthony would win because he was very hard-working, smart and his affection for people in that district as well as his affection for New York City was evident.

The above paragraph describes why I came to know Anthony. However, my affection for Anthony is not based solely on our serving in government at the same time or because of our political involvement. In fact, I did not support Anthony in his campaigns for Mayor – not because I didn't think he was qualified, he certainly was -- but because important personal and professional circumstances led me to support other qualified candidates for that office and are not relevant for the purpose of my letter.

My friendship with and affection for Anthony is based on our shared experience, personal interaction and now a deep empathy for him. I don't know his family very well, but I know these are emotionally difficult times for them.

Many details of Anthony's actions, while perhaps not considered illegal or offensive behavior, are nonetheless harmful to other individuals, society and Anthony. Some of what has been reported about Anthony's actions are certainly accurate, but some of the coverage feels less accurate and more salacious. I write that not because of my judgment of the reporting, but because I do not think it accurately describes how I know Anthony to be, how he lives his life and seeks to live his life.

I am also not trying to minimize Anthony's crime. What he did was wrong and his actions were particularly and insidiously harmful. And while Anthony is taking responsibility for his actions, there must still be consequences.

I was personally disappointed with Anthony because early on when it was publically revealed that he had engaged in inappropriate behavior, I reached out to Anthony and offered help. He refused my assistance and that was not only time I reached out – but I believe that Anthony was in denial about the gravity of his activities and the progressive, destructive nature of his behavior,

I know that Anthony is now truly serious about getting the mental and behavioral health care he needs to get better and most importantly, be a better person who does not engage in offender behavior. I also know that he is committed to participating in support groups that both help him and where he is already helping others. I have personally observed and been a witness to Anthony's embrace of the tools of recovery from his addiction/disease. In personal conversation with me, he has expressed remorse for his actions with sincerity and authenticity. He has been clear with me about taking responsibility for the pain and damage he has caused to those to whom he has directly and specifically caused pain and harm. Anthony understands the damage he has caused is not limited by time. He knows and accepts with with sadness and remorse that his actions will continue to impact victims and that he has created ongoing challenges for his innocent victims. Anthony also knows that this is also true for his family and close friends, and this is exponentially painful because of his very public profile and the public profile of those close to him and around him.

███████████████████████████████████ I also have lived and to a certain extent continue to live in the public eye. I know and understand the difference between non-offending sex addiction, which is harmful to everyone around the addict and offending sexual activity, which while related to sex addiction, is dangerous, harmful and is dealt with within the criminal justice system. I also know that there are no outcome guarantees in regard to addiction and in this case, sexual addiction and offender behavior. However, I believe that Anthony has a very good chance of continuing to recover and avoid inappropriate activity or perpetration or offender behavior. Anthony presents to me in our personal interaction, as well as in a group environment, the desire and strength to remain in recovery and to not do anything that would bring him back into the criminal justice system.

I believe that Anthony is a good person, who has done many good things and that he is someone who desires to be and will be rehabilitated and has great potential to perform good and important work for society. I have faith that Anthony will remain serious about working to repair the damage he has done to victims of his actions and work to repair the harm to his family, friends, supporters and himself.

I understand that incarceration of up to two years, maybe more or less, may be considered warranted in this case. However, I respectfully disagree. While I do believe that there should be consequences, incarceration would favor punishment over rehabilitation. Publically, because I believe this personally, I have always advocated for rehabilitation and redemption over purely punitive measures. I believe that Anthony and most importantly society would be greatly served by further in-patient specialized mental health treatment in a facility that has expertise in sex addiction and offender sexual behavior. In-patient treatment should or must be followed by mandatory outpatient treatment and close supervision within the criminal justice system and outside a correctional facility.

Anthony is a former elected official and I completely understand that we are appropriately held to a high standard of behavior. However, I am sincere when I write that I would write and have written very similar letters on behalf of a small number of people -- some with and most without Anthony's public profile -- who have plead guilty to criminal sexual as well as in some cases non-sexual offences. The consequences of Anthony's pattern of behavior, including the activity that has brought him before this Court, is widely known and this is in and of itself punishing. I respectfully suggest that Anthony and significantly society might be served in a positive way by the public scrutiny of Anthony's rehabilitation outside incarceration.

Because Anthony is at his core an honest, trustworthy person who can be of service to people and society, I am requesting for your consideration a more lenient sentence than the Court may consider appropriate for Anthony. Under any sentence for Anthony, I would respectfully request that Anthony be given the greatest possible access to appropriate mental, behavioral health and spiritual services and support groups. I am respectfully asking you to trust and believe as do I that while Anthony pays his debt to society and after, he can again become morally and in every way the better person I first came to know.

Thank you for your consideration of my thoughts and beliefs regarding Anthony Weiner. It is my desire and intent to follow and share with Anthony his journey to rehabilitation, family and personal repair, and service.

Sincerely,

Thomas K. Duane

Thomas K. Duane

New York, NY

Exhibit 14

# FEALGOOD FOUNDATION



**August 15, 2017**
**The Honorable Denise L. Cote**

**Executive Board**
*John Feal*
President







I pray this letter finds you in good spirits, and I pray my letter offers some insight to the man I know who made a horrendous mistake and is at your mercy. My name is John Feal, I am a 9/11 Responder and Advocate. Feel free to visit any of the links provided below to get a better sense of who 1 am. In short though I was horribly injured at Ground Zero, started a foundation and helped pass 4 Bills in Congress. I am also an US Army Veteran (lOC Airborne) and 1 am a kidney donor to a complete stranger. So I do not take writing you on behalf of Anthony Weiner lightly.

1 am writing you today because Anthony is a friend. A friend who again used poor judgement and allowed his decision making to basically ruin his promising career, his personal life & his family. Sadly I watched Anthony implode on every level and it pained me to see someone with his brilliance waste it all away. But your honor what kind of friend would I be if I did not help him in his time of need just as he helped me and the community of 9/11 Responders in the time of our need? More importantly what kind of man would I be if I did not even reach out to you and ask you for mercy? I am neither gullible nor naive to think that Anthony's actions do not deserve reprimanding. But my lord this man has been through the ringer, and he fights every day to better himself and atone for his mistakes.

I met Anthony in 2007 when he was a Congressman, and after already a few years in DC under my belt, Anthony was one of a few that I not only trusted but liked. (Google me I don't like many). Your Honor I do not know how many others wrote letters on behalf of Anthony. Nor do 1 care. Because Anthony Weiner is a dear friend and I will never forget the mileage, the energy, the dedication he put in to helping 9/11 Heroes. Anthony fought for us publicly, never backing down, and making sure we were not forgotten. But there is so much more he did behind the scenes to make sure that the 9/11 Heroes got the medical care they needed. But more importantly your Honor, Anthony showed so much kindness and care to me and others in the community as we struggled with sickness and personal challenges. He cared about helping us so deeply. You can't fake that.

If I never met Anthony Weiner your Honor my life would be incomplete and all the accolades 1 have received over the last decade plus would have meant nothing. Because it was Anthony who took me under his wing and shaped a future leader who one day will run for Congress and emulate the courage and leadership of my dear friend Anthony Weiner!

**"Any Nation that does not honor its heroes will not long endure"**
**Abraham Lincoln**



Nesconset NY 11767

# FEALGOOD FOUNDATION

John Feal
Founder, President & Chairman



9/11 Responder-injured
Kidney Donor
NYS Recipient of the Congressional Medal of Honor for Civilians Above & Beyond

Nesconset NY 11767

Exhibit 15

Hon. Denise L. Cote
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

July 21, 2017

Your Honor,

I am writing to share my experience of knowing Anthony Weiner for over 20 years.

I first met Anthony in 1996, when I was a ████████████ ████████ thinking of a career in politics. My political science professor recommended I attend a community board meeting, where I would be likely to run into an elected official.

At the time, I knew little about politics and less about community boards. But I had a plan and that plan was simple. I was going to find an elected official, introduce myself, and persuade him to take on an intern with zero marketable skills.

I first tried my state senator. Then my assemblyman. Neither appeared very interested in speaking with me. But my councilman, Anthony Weiner, was different. He was happy to speak and asked for my opinions on issues I barely understood. He didn't know me but he took me seriously. When I asked if his office could use any help, he offered to put me in touch with his chief of staff.

I didn't know it at the time but that brief exchange changed the course of my life. It marked the start of a seven-year working relationship.

As an intern, I was first assigned general tasks like filing and organizing press clips, and throughout that time, Anthony routinely thanked me for my help, and treated me like a member of the team. His door was always open and he would often invite me in for discussions about local and national politics.

On most nights, Anthony would drive around his district, visiting various community meetings. Knowing by then that I was interested in a political career, Anthony invited me to tag along, so I could learn what the job of a councilman entailed.

It was a great thrill for me at the time, and I think he could see that, because he said I was welcome back anytime. I took him up on the offer and spent many evenings and weekends accompanying him and studying his interactions with constituents.

Over those early years, Anthony served as an impromptu instructor, providing me with an invaluable education on public service.

There was no incentive for him to do so – he was not getting paid; there was no media attention to be gained. My parents were not big donors.

He did it because he genuinely wanted to help.

Soon after I began shadowing Anthony at meetings, an opening became available in his office and I was hired as ███████████████. In that role, my job was to help Anthony reach out to various city agencies on behalf of his constituents.

There were no shortage of requests (it was rare when the office wasn't inundated with calls), but Anthony considered it a point of pride to stand up for his constituents, no matter how frivolous the issue.

I have seen that theme – of protecting the underdog – repeated over and over again, throughout Anthony's career.

I saw it in the way he fought to defend newsstand owners when Mayor Giuliani threatened to make their licensing fees impossible to afford, and when he stood up for First Responders in Congress, and when he ran for mayor on the platform of helping the middle class and those struggling to make it.

Offering support to those most vulnerable is central to his character.

In 1998, when Anthony ran for Congress, I worked on his congressional campaign. Never in my life have I seen anyone work harder. Anthony spent countless hours sweating in a suit, walking up and down apartment complexes, introducing himself to people who'd never heard of him. When he wasn't knocking on doors, he was in a windowless office, making fundraising calls to people who wished he'd lose their number.

When people think of elected office, they think of cheering crowds and extravagant ballrooms. Those moments exist but they are rare. To be successful in politics you have to be willing to endure social isolation and rejection, while maintaining herculean discipline.

Anthony did that better than any elected official I ever worked for.

Shortly after Anthony was elected in 1998, ████████████████████████, and it was during those years that I came to see a side of him that few people are privy to.

Many people think of Anthony as a fighter – one who loves debate and thrives on standing up for what he believes. And that perception is not without merit. But there is a kindness that most people are not aware of.

In the early 2000s, when Anthony's congressional office was based in Sheepshead Bay, a homeless man began hanging around the street outside our office. The optics were not great. A few staff members suggested calling the local police precinct and asking that he be moved. Anthony caught wind of the plot and quickly quashed it. His life is already difficult, he said. Let's not make it any harder.

Around the same time, we had an office caseworker in her 80s named ████████ ██████ was good at her job but had fallen ill, and had not been to work for weeks. We needed her salary to pay

for a new staff member, but Anthony refused to let her go. He was worried about complicating her condition. He would regularly call ████ to check in on her, on his rides back from Washington.

I also saw Anthony's generosity reflected in his relationship to animals.

Shortly before his run for Congress, Anthony's then girlfriend moved in with her cats. One night while she was out of town, one of the cats fell off the roof of Anthony's building and managed to survive. Anthony called me early the following morning. He had been at an emergency veterinary service all night and had not slept. I have never seen him so shaken. Clearly, what had happened was not his fault but he still blamed himself for not watching the cat more closely.

In the following weeks, Anthony nursed the cat to health. In fact, he grew so close to his girlfriend's cat that after he and his girlfriend ended their relationship, they agreed that he would get to keep it. That one-eyed cat was still alive the last time I visited Anthony, almost 15 years later.

████████████████████████████████████████████████ expected him to be disappointed and maybe a little angry. Instead, he was supportive and even loaned me his SUV so that I could move all my things to upstate New York without having to use a rental.

Anthony and I have continued to stay in touch after I left his office. We began communicating more frequently after his resignation from Congress.

In the months after the scandal, it did not appear to me that he had changed very much. He had lost his position, of course, but his attitude and temperament were essentially the same.

I did not get the sense that he accepted fault for his actions at that time.

That is no longer the case today.

I can say with absolute certainty that he has changed significantly over the past 9 months. The Anthony I know today is a different person – one who accepts responsibility and takes ownership for his choices, past and present.

In my view, part of what made Anthony successful in his career is his inclination to avoid self-reflection and focus intently on next steps. That tendency can be beneficial in some contexts and counterproductive in others.

I no longer see that tendency in Anthony. He is more introspective and patient and self-aware than I ever thought he could become. There is a sensitivity to the way his actions affect others that wasn't there before. He is more empathic than most people I know. Based on our discussions, it appears that going to meetings has had a transformative impact on him.

We've talked a good deal about his future; especially the role that he can play in teaching others about the dangers of addictive technologies. He is eager to serve a productive role in society, and contribute in a way that is more meaningful than simply going away.

Unlike others in his situation, Anthony has the ability to use the experiences of the last few years as a tool for improving the lives of others.

If there is one thing he has demonstrated, it's that he is capable of lifting others up and inspiring those around him. I sincerely hope he gets the opportunity to put those abilities to good use, serving the community in a way that he is uniquely positioned to do.

Sincerely,

