Exhibit 16

Hon. Denise L. Cote
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

September 1, 2017

Dear Judge Cote,

My names is Lisa Hernandez Gioia. I live in Sunnyside, Queens with my husband Eric, and our four, young children. I've had a successful career in politics since I moved to NY in 2000. I started my own consulting company, that grew to be one of the most successful in NYC working with all levels of political candidates from local elected officials to presidential candidates. My business focused on the fundraising side of campaigns, so I ended up spending a lot of time with my clients - hours a day one-on-one. In my career, I have worked with close to 50 candidates and elected officials.

In 2005, I was working for a candidate running for Mayor of NYC. We raised the most money, and had a strong campaign, but then a Congressman from Brooklyn & Queens unexpectedly jumped in the race. That candidate was Anthony Weiner. His fresh ideas, vision for the city, and compassion for New Yorkers made him stand out. And even though he was running against my candidate, I admired him and what he stood for. Mayor Bloomberg, won re-election that year, but that campaign gave Anthony a platform as a fighter for NYC. I was delighted that shortly after that campaign ended, I got a call from Anthony. He was already planning to run for Mayor again, and was putting together his team. I started working for him shortly thereafter, and continued working with Anthony on all of his future campaigns.

From the beginning, I saw how deeply Anthony cared about improving the lives of others. Public service was a calling for him, and he had a natural ability to tune in to the needs of people struggling, give them voice and find effective ways to help them. We would sit for hours together making fundraising calls. He would often take a break from our calls, to return the call of one of his constituents who needed help. Being on-call and available to focus on their needs always took priority. He would listen, find a solution, and make sure it was taken care of right away. I remember him being particularly helpful on issues having to do with immigration. He would gather as many details as possible, then stay on top of each case personally. He cared deeply about these people, and truly wanted to help them.

Even after he left Congress, he was concerned for his fellow New Yorkers. I remember after Hurricane Sandy, Anthony went to the Rockaways to help with relief efforts. He did this completely out of the spotlight, helping in any way he could. After seeing the devastation firsthand, he started a non-profit organization called Rockaways Restoration kitchen to train people (former offenders and at risk teenagers) how to work in restaurants. He saw how Sandy was making life even harder for these pockets of the community, and designed a program to help them.

When Anthony became a father, I saw his deep love and appreciation for this new part of his life. We both had young families, and that was now a priority to him. Everything was about his son, and that was the first thing he always wanted to talk about. From helping with feeding when he was a baby, to teaching him Spanish, Anthony was consumed with his new role as a parent.

Anthony is truly diving into his work, and I've been helping him with potential new clients for Ice Stone. Recently, he has been informally advising me on a new startup that I am founding. Anthony is always quick to review ideas, and help in any way he can. I regularly count on Anthony for his perspective.

I have known Anthony for over a decade. I have known him in good times and in bad. I have seen him as a politician, as a father, and as a friend. He has been very open about his recovery, and I have seen his absolute commitment to getting healthy. I have seen a deep introspection. I kindly ask that you please take my comments into consideration during sentencing. Thank you.


Sincerely,

Lisa H. Gioia

Exhibit 17

Respected Sir,

My Name is Iman Kamal, I am writing to you regarding Mr. Anthony Weiner. I got to know Mr. Weiner back in 2007 through my late husband Kamal Hashmat. Over the years my husband and Anthony became very good friends and Mr. Weiner stepped in to help my husband expand his business, he came as a consultant and always offered Kamal the best advice.
My Late husband was an entrepreneur and had started his own business by the name of CureMD. Mr. Weiner was kind enough to offer his services to the organization when required.
I had a chance of personally meeting him in 2014 when my husband was in Mt Sinai in New York in a Coma.

Mr. Anthony Weiner provided his utmost support to me and my three minor kids. He visited the hospital almost every day talking to the doctors inquiring about my husband's progress.
After my husband passed away in Feb 2014 Mr. Weiner once again stepped in and made sure that my rights and the rights of my three minor kids were protected.

He not only proved to be a very sincere friend of my late husband but also a well-wisher of me and my children.
There are a very few people who stand by friends in need and Anthony has proven that he is one of them.

Respectfully,

Iman Kamal-Hashmat.

Exhibit 18

LAWRENCE M. KATZMAN
▮▮▮▮▮▮▮▮▮▮▮▮▮▮ * Brooklyn, NY ▮▮▮▮

September 11, 2017

Hon. Denise L. Cote
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Honorable Justice Cote:

I first met Anthony Weiner in the summer of 1998, when he was running for U.S. Congress and I was working for an unknown candidate for the New York State Assembly in an overlapping district. The candidate and I would run into Anthony from time to time, and even though we had little support and a slim chance of winning, Anthony was always kind enough to share his experience. There was no benefit to Anthony for helping us out, he just did. One thing I noticed quickly about Anthony, was how he interacted with constituents. He spoke in great detail about their concerns, and would remember the last time they met and what concerned them, which concerned him as well.

In the fall of 1999, Anthony asked me to come work in his district office as his Director of Constituent Affairs. In this role, I was able to witness firsthand the compassion Anthony had for the members of his district and how hard he worked for them. There was not a question, concern or complaint that Anthony would not address. If a pothole needed to be filled, Anthony worked on it until that happen. A dangerous intersection near a school did not have a crossing guard, Anthony would work at that. If constituents were not receiving money from Social Security, unemployment, the Veterans Affairs Administration, or even someone who was facing eviction, Anthony truly transformed their lives. There was never a problem too big or too small for Anthony to tackle. While many other elected officials would turn people away, Anthony would help anyone with a City, State, or Federal problem. If you needed help, Anthony was always there for you.

Anthony also did not hesitate to take up unpopular views, when he knew it was the right thing to do. I can recall preparing for a town hall meeting, where constituents were upset that a home for developmentally delayed adults would be opening in the neighborhood. I did not have the opportunity to brief Anthony on the issue, and did not know what his response would be. When a constituent expressed anger about the home, Anthony replied that perhaps our children would

benefit for knowing that there are others in the world who are not as well off as we are. Where he could have been a demagogue and taken the easy position, Anthony chose the right answer.

I left Anthony's staff in 2003, but a year later when I invited him to my wedding he happily attended. One of my favorite pictures is of Anthony lifting my wife on a chair, as we danced the Hora and helped us celebrate this happy day. Many years later, I ran into Anthony on the subway in 2016. He was with his son, bringing him to school. Anthony quickly introduced me, and we swapped stories about being a dad, as I now have two girls.

I am forever grateful, and proud to have worked for Anthony. Proud because of the work we did on behalf of his constituents and helping make their lives better. I wonder, without Anthony how many people would have been evicted, unable to buy food, and potentially died.

Thank you for allowing me this opportunity.

Sincerely,

Larry Katzman

Exhibit 19

Sylvan C. Klein

New York, NY

August 4, 2017

Honorable Denise L. Cote
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Dear Justice Cote:

For thirty years my wife, children and I were residents of the Belle Harbor community of The Rockaways. I was an active member of the community, as a member and past president of West End Temple, member of NYC Community Board#14 (Queens) and member and past president of The Belle Harbor Property Owners Association. Professionally I worked for the New York City Department of Education as a High School guidance counselor for 35 years.

Anthony Weiner, for over 12 years served as US Congressman representing the Belle Harbor community with distinction, always available to address the local concerns of its residents.

Congressman Weiner advocated and championed the first commuter ferry connecting The Rockaways and lower Manhattan. He secured federal funding to create athletic fields for the community, improve educational resources and advocated for improvement to both the infrastructure and the beaches vital to the daily life of the neighborhood.

The tragedy of 9/11 had a profound impact on Belle Harbor, where an extremely large number of local residents were killed. Many worked for the NYC Fire Department, others worked inside the Twin Towers. Congressman Weiner was personally involved with the families of the victims, and provided comfort and federal financial commitments.

Two months following 9/11, an airplane crashed into numerous Belle Harbor homes, killing residents and destroying homes. Congressman Weiner advocated and oversaw federal intervention to assist the victim's families.

As an aftermath of 9/11 many of the workers assigned to the area's cleanup, were felled by Respiratory and Cancer illness directly related to the building materials used in the Twin Towers. Anthony advocated strongly and personally, for medical funding to these workers in the US Congress.

Anthony Weiner was an outstanding representative of his congressional district.

After leaving the US Congress, Anthony Weiner as a private citizen was active in Belle Harbor in securing funds for the victims of Hurricane Sandy which struck The Rockaways in 2012.

Sincerely,

Sylvan C. Klein

Exhibit 20

Barbara S. Larkin

Belle Harbor, NY

August 9, 2017

Honorable Denise L. Cote
United States District Judge
Daniel Patrick Moynihan, United States Courthouse
500 Pearl Street
New York, NY 10007-1312



Dear Justice Cote:

Since 1965 I have resided in the Rockaway Community, taught in the local elementary schools for over 30 years, and was an active member of the Belle Harbor Property Owners Association, having served as president for eight years ending June 30, 2009.

For over twelve years, Anthony Weiner served as US Congressman representing a portion of the Rockaway peninsula, including but not limited to Belle Harbor Community. On more than a few occasions, I needed to contact Congressman Weiner's office relating to problems/concerns of the tax paying homeowners in Belle Harbor. Whether they related to No Child Left Behind Legislation, a major concern for parents of youngsters attending PS 114Q, or zoning issues which were being compromised, Congressman Weiner always responded most professionally.

Of particular importance were Congressman Weiner's actions toward those negatively impacted by the tragedies of 9/11 and 11/12. Belle Harbor residents were tremendously affected by both horrific events. Families of the many members of the NYC Fire Department who perished in the former event were comforted by the action taken by Congressman Weiner. He provided much comfort and federal commitments. After the crash of American Airlines Flight #587, Congressman Weiner made certain communication sessions were inclusive. Among those in attendance were the local religious leaders from both the Washington Heights and Belle Harbor Communities. As President of the BHPOA at the time, his involvement was crucial.

In my opinion, Anthony Weiner represented the community he represented in a fair and efficient manner.

Sincerely,

Barbara S. Larkin, Past President, BHPOA; VP, Queens Civic Congress