

Hon. Denise L. Cote
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Your Honor,

I am writing to share my experience of knowing Anthony Weiner.

I first met Anthony in the year 2000. I had been randomly placed in his DC congressional office as part of a CUNY Internship. I showed up expecting to open mail and get dry cleaning. My experience was very different, and that's reflective of who Anthony is. I was heading to congressional hearings, drafting letters to constituents and giving tours of the Capitol Building. As a naïve 20 year old, I was extremely surprised.

I was especially shocked when I received an offer for a full-time position to stay on at the office after my internship ended. Anthony Weiner gave me the opportunity of a lifetime. I was able to sit in on planning meetings and became an integral part of the DC team. Anthony never shied from putting complicated projects on my plate or asking my opinion on pending legislation.

It changed my life.

His generosity was further evident when I was left homeless in Washington, DC. After accepting the position in Anthony's DC office, I was left without housing for a short time. Although Anthony had only known me a very briefly, he offered up his apartment in DC. He let me stay there because I needed help.

I worked for Anthony a second time, in 2008. This time I worked in the New York City office. I already knew that Anthony was a busy man, but I was amazed at how he would pack his schedule with visits around his district. He would host town halls, visit nursing homes and stop to talk to voters on the street. He never seemed to tire of helping every single person that lived in his district.

The reason I returned to work for him in 2008 is because I had never seen an elected official work so hard, and so completely, for the average New Yorker.

Anthony worked harder for the "little guy" than anyone I had ever met. The good he did was evident. Social security problems, flag requests and immigration issues that people were struggling with were all handled. There were people who got Social Security benefits being withheld to them because of Anthony's help. There are immigrants to this country that were able to stay, or bring their families because of Anthony's intervention. There was no problem too small. And if Anthony couldn't help, he made sure to pass the problem on to someone who could. It didn't matter if it was a federal or local issue; Anthony made sure that we always helped. It was always thorough and he never, ever backed away from supporting the underdog in a fight.

After leaving Anthony's office in 2010, I didn't stay in touch with him. Unfortunately, I can't speak to his behavior in recent years, but I am happy to say that when I was part of his team, he was adamant about

helping every single person he came into contact with. Queens and Brooklyn are better boroughs because he represented them.

I have no doubt that Anthony will use his recent experiences to help others that have also struggled. He inspires the best in people because he often sees the best in people. I know that if he gets the opportunity, he will continue to serve his community and use his energy, experiences and knowledge to help others.

Sincerely,

Christina Tsatsakos



Hon. Denise L. Cote
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Honorable Denise L. Cote,

This letter is being submitted in support of Anthony Weiner and speaks to his process of recovery as I experienced it firsthand. The document is being offered anonymously, as I too, am a recovering addict working toward recovery. My reasons for doing this should be self evident. It is my hope that the anonymous nature of my statements given here will not diminish the value of what I have offered in support of Anthony.

I got to know Anthony upon his arrival ███████████████████████████ ███████████████ Anthony was assigned to me as a roommate and both being native New Yorkers, we quickly developed a rapport. As is true for most new patents arriving at ████████ Anthony was very much in crisis and expressed concern for the impact his addiction had on his immediate family and career. Upon arrival, he was an individual who was no longer in denial about the seriousness of his condition or the harm his behavior had potentially caused others. It was apparent that was already actively engaged in the preliminary steps toward recovery.

As might be expected, Anthony had little difficulty connecting with 20 or more individuals comprising our recovery cohort at ████████ He rapidly became an insightful and outspoken voice to our collective recovery, relating his personal experience to those of his fellow ████ ████████. Anthony rapidly internalized the spirit and intention of ██████ 12 step based recovery process and was very much a contributor to the community as a whole.



This became more apparent to me, as we were both assigned to the same primary therapist, an individual with CSAT credential. Our small group sessions often demanded blunt and painful insights and honesty about ourselves as individuals and our behavior as addicts. Anthony had a unique capacity to offer specific insights about himself and others, or, alternatively, to pull back and provide much needed perspective on the recovery process. Anthony was subject to the same self assessment and process of moral inventory as the rest of us and was required to create a trauma egg, or symbolic illustration of events of our formative years which may have had an impact on our addictive behavior as adults.

We were also required to do a timeline, or a chronological grid, deconstructing our life events and the process of addiction as it had developed over our lifetime. I was present for Anthony's presentation of his timeline to the group. It was clear to me that Anthony had dug deep to find some underlying behaviors and factors which led to his self destructive behavior as an addict.

Anthony's history was a complex one, which displayed a tremendous reverence for women and deep affection for his son and his family of origin. His specific problematic behavior was primarily related to compulsive and inappropriate texting behavior. Sex addiction is above all, a process disorder, which is varied and nuanced and distinct from classic chemical addictions. Anthony was able to gain a great deal more clarity about his behavior and how it was harmful to all concerned.

Upon our departure from ▇▇▇ and return to NYC, was have stayed in contact and have had opportunities to catch up in fellowship after 12 step meetings. I recall at one time I emailed Anthony, encouraging to him to turn up at a meeting all the way uptown, which, for him, was quite out of the way. I was pleased and surprised to encounter him at the meeting.

I consider myself to be privileged to have gotten to know Anthony Weiner, the man behind the addict and public figure. He has been a tremendous asset to all of us who have encountered him within the recovery community. It is my deepest desire to see him continue his work in recovery and for society to afford him that opportunity in the best spirit possible.

Sincerely,

▇▇

A fellow addict in recovery ▇▇▇▇▇▇



Greetings Hon. Denise L. Cote,

My name is ▮▮▮▮▮ and I am writing you in reference to Anthony Weiner's sentencing. I was introduced to Anthony through group therapy and recovery program almost one year ago. He has been instrumental in my recovery as a fellow addict by giving me a role model of courage against adversity. I cannot imagine going through the challenges of going through what Anthony has. Living with addiction is difficult enough but having to work recovery from addiction in the public eye to me seems impossible to me. Anthony has been committed to his recovery and shows it by being of service to me and others. He chairs meetings, gives sober advice and brings humor to otherwise sensitive topics. He lets me and others open up to him and he responds by letting himself be vulnerable.

I dare not question your judgement but in my opinion, Anthony is of more use among fellow addicts than in prison. Our recovery group and 12 step program would lose a viable asset and leader if he were in prison.

Please feel free to reach me for any questions if needed ▮▮▮

Sincerely,



Exhibit 29

July 18, 2017

HONORABLE DENISE L. COTE

UNITED STATES DISTRICT COURT
DANIEL PATRICK MOYNIHAN
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, N.Y. 10007

DEAR JUDGE COTE (HONORABLE ONE):

I AM WRITING YOU THIS LETTER IN CONNECTION WITH ANTHONY WEINER.

I AM A 60+ YEAR OLD MAN WITH AN MBA FROM ▓▓▓▓▓ WHO HAS WORKED IN THE WALL ST. AREA FOR ABOUT 40 YEARS. SEX ADDICTION IS MY DISEASE. MY JOURNEY HAS TAKEN ME TO SEX ADDICTION PROGRAMS FOR 14 YEARS. IN THAT TIME I HAVE GOTTEN TO KNOW ANTHONY FOR APPROXIMATELY 1 YEAR. I HAVE SEEN HIM TO BE A MOTIVATED HUMAN BEING WHO WAS PURSUING A CHANGE OF HEART AND HEAD. THE TRANSFORMATION IN ANTHONY HAS BEEN TRULY MIRACULOUS. HIS ACCEPTANCE OF A HIGHER POWER GREATER THAN HIMSELF (12 STEP PROGRAM) HAS GUIDED ANTHONY INTO BECOMING A HEALTHY ADULT IN MIND AND SPIRIT. GOD IS GREAT!!!

ANTHONY HAS HELPED ME GROW INTO THE MAN I ALWAYS WANTED TO BE. ANTHONY IS A HUMBLE PERSON WHO UNDERSTANDS THAT WHEN WE HIT BOTTOM THE ONLY WAY IS UP! HE ATTENDS 12 STEP MEETINGS. HIS REHABILITATION HAS BEEN AMAZING!

THE HIGHER POWER (12 STEP PROGRAM) WORKS IN STRANGE AND MYSTERIOUS WAYS! I TRUST THIS HELPS YOU UNDERSTAND ANTHONY'S REDEMPTION.

VERY TRULY YOURS,

Exhibit 30

Hon. Denise L. Cote
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Judge Cote,

I am writing to you regarding Anthony Weiner, and his impeding sentencing. I have gotten to know Anthony personally over the past year, having also recently gone through similar legal circumstances myself. This brought us into the same rehabilitation meetings and therapies.

For all the years that he served as a congressman for my state of New York, I was struck by his relentless passion and commitment to those in our community less fortunate than most. He always fought for the underdog, and was one of those very rare voices of truth and sanity. He is still that man. He is man of principle and compassion. Although I have never met his son, ▓▓▓▓, Anthony constantly speaks of him with deep warmth and emotion. Anthony is unmistakably a committed father to ▓▓▓▓, who clearly adores and depends on his dad.

As a committed and loving father and husband myself, I know that good men can make mistakes. We must take responsibility for those mistakes, and we must take the steps required to get better. I have seen, firsthand, Anthony's dogged and tireless work ethic for self- improvement and rehabilitation. I have witnessed him, after a serious leg injury, hobble from addiction meeting to addiction meeting, to therapy and rehab, both mental and physical. He did this each and every day. He was an inspiration to the many of us in the rooms who desired this level of commitment to becoming a better man; a better and healthier member of society.

With the sensational nature of his earlier embarrassing and upsetting exploits, my wife and I have always felt that Anthony received excessively harsh treatment in the tabloids and the less than high standards press outlets. His political accomplishments, however, seemed far more lasting and important than his behavior. I believe in him. I will stand by him as good and worthy man, who will continue to make important contributions to

society and who will always, no doubt, put the needs of others first and foremost.

I know post rehab Anthony. The Anthony I know does not engage in his past inappropriate wrongful behaviors. The Anthony I know has worked hard to ensure he is free of those behaviors in the future. The Anthony I know is funny, self deprecating, compassionate and loving. The Anthony I know is as devoted a father as I have ever met. His son is THE priority of his life and it is clear to me this will always be the case. ▌ is blessed to have such a loving and devoted Dad.

Whatever punishment he receives, I and many others will be by his side, continuing to improve ourselves, continuing to be law abiding and dedicated to serving others. I am proud to call Anthony Weiner a good friend.

Respectfully,



NYC NY