Exhibit 31

September 6th, 2017

Hon. Denise L. Cote
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Judge Cote,

    I have had the privilege of closely knowing Anthony Weiner since January of this year. In the past nine months as members of the same men's recovery group for sex addiction, we have become very close, learning very personal, private things about each other, and leaning on each other for support. Our friendship was not this trusting or intimate at first, but it has grown and developed as Anthony, myself, and the other group members have all grown and developed. Our shared growth is in no small part due to our acknowledgement of our past wrongs, our dedication to our recovery programs, and our reliance upon each other for help.

    Two weeks ago, Anthony saved my life. He helped me out of a desperate situation in which my sex addiction was causing me to question taking my life. As addicts, our lives have been at times been very difficult at times, often caused by our own actions, but our awareness of these truths does not remove the difficulty. At the point I was at my most desperate, thinking there was no way out, I sent a simple message, "Call me" to our recovery group. Not a minute later, Anthony called. I explained the situation and Anthony stayed with me until I was safe. Anthony knew the danger I was in, and it was his support, guidance, and care that saved me.

    In our recovery work, we are unable to use or provide program tools or wisdom that we haven't got. When I first met Anthony the past January, we were not in possession of enough knowledge, experience, or clarity to see where we had gone wrong in our pasts or how to move forward. We certainly were not able to help each other with life threatening situations. Since meeting and because of Anthony, I have become more able, to stand tall, look myself in the eye, and live life without debilitating shame. I cannot put a value on what Anthony has brought to my life. I consider myself very lucky to be able to call him a friend. I am alive because he called me.

Sincerely,



Exhibit 32

Judge Denise L. Cote  6/26/17

United States District Judge

Daniel Patrick Moynihan

United States Courthouse

500 Pearl Street

New York, NY 10007-1312

Dear Judge Cote,

For the past two years I have been attending the ▇▇▇▇ morning ▇▇▇▇ meetings at ▇▇▇▇. My problematic addiction had nothing to do with minors but it was severe enough for me to seek help. Eight months ago Anthony Weiner began attending the same ▇▇▇▇ and since then has been a solid contributor to the group. He has taken on service agreements and has been sharing his own experience with several newcomers and old timers alike. The Anthony Weiner I have come to know is someone who is committed to his recovery and generous with his time. He regularly spends time after the meetings going for fellowship and talking recovery. We are all aware that his addiction played out in public for all to see. He has shared that it is his sincere hope that his story may shed some light on this addiction and somehow help others seek recovery.

I have also had the opportunity to spend time with Anthony and his son ▇▇▇▇. In the most beautiful way possible, Anthony's world revolves around ▇▇▇▇. ▇▇▇▇ Like most addicts I have known, Anthony has a huge heart and miles of compassion. In a world where things are not always what they seem, Anthony is truly a good person who suffers from addiction.

I am proud to call him my friend.

Exhibit 33

10 July 2017

Your Honor:

I am writing to speak on behalf of Anthony Weiner, who I understand is being sentenced soon after the Court reads this and other letters. I write this even though I am an ostensibly "anonymous" member of a recovery group he's a part of. I am willing to break anonymity in order to speak on his behalf, because he's done me—and therefore my family of five including a wife and three teenage sons—an incredible service as an active and service-oriented member in that group.

In reading "Answers in the Heart" this morning (a devotional guide associated with our recovery group), I was reminded of my admiration and appreciation for Anthony and for his being a part of the fellowship. The text I read in part says, " 'Anonymity represents to most people a liberating even more than a threatening phenomenon.' —Harvey Cox / "When we join a group for sex addicts, we make a promise to respect the confidentiality of each and every member. We call one another by our first names, and we don't gossip about the social lives of our brothers and sisters in recovery…."

Anthony was at the first ▮▮▮ I went to on ▮▮▮ at ▮▮▮. It "legitimized" my being there. It actually made it less shameful for me to show up; I figured "if this man can be here in light of all the public scrutiny, I can be here without any scrutiny other than that of my wife."

He has helped me very much in my "sobriety," and I'm deeply grateful for him.

To elaborate a bit further on the text of the devotional that prompted me to write—I did not originally write this note to be presented to the Court, Your Honor; I wrote the first part in a text to Anthony while reading the devotional because I was so moved… On a Friday a few weeks back when Anthony was in court, the same Friday his wife would later file for divorce, I heard Curtis Sliwa doing his radio program with another man, and a caller called in about Anthony and ranted about how it was ridiculous that we call so many things "addiction" and "sickness" and "why didn't we just see it as 'weakness.'" Either Curtis or the other guy defended Anthony. I was literally in grateful tears at how understanding the hosts were, because they were basically saying to the caller about Anthony (and, by extension, about me), "have you walked a mile in this guy's shoes?" It was an unexpectedly humane response by the hosts. They didn't let us off the hook for our actions, but they did acknowledge that we are in the grips of something too powerful for us to handle on our own. That's why we have this fellowship that Anthony's a part of. That's why his presence is so important to me, Your Honor, and why my presence is so important to him and the others. We are there for each other. If none of us were there, there'd be no fellowship and no solution to our common malady.

There is no doubt in my mind that Anthony has been a huge help in my own life as I recover from sex addiction, and he will continue to "trudge the road of happy destiny" with me and others as long as he's allowed. He has become a valued member of our growing fellowship, and we need him, Your Honor.



New York, NY ▮▮▮

Exhibit 34

Daniel Patrick Moynihan courthouse

500 Pearl Street

New York, NY 10007-1312

To Hon Denise L. Cote

July 23, 2017

On January ▇ 2017 I went to my first recovery program which is ▇. This is my first 12 step recovery program. This past May, I turned ▇. I met Anthony in the ▇ morning step meeting in NYC. To my best recollection it was about my 4th meeting. I had started doing a 90/90(90 meeting in 90 days) at the request of my therapist. I was fearful, nervous and wondering how was it possible to stay sober. It was 4 days into recovery. At the beginning of every meeting, each person shares their bottom line behavior and length of sobriety. Anthony was one of the first men to share. I heard one person after another share their length of sobriety. I was 4 days sober and scared. I didn't know anyone in the room and I felt so different. How can anyone related to my story. Why am I here how did I get here? Anthony was one of the first men to share his sobriety. After three to five guys shared I started crying. It was the first time in my life that I felt a place where I can get help, at least I hoped. He was one of men who came over to me after the meeting to keep coming back. Every week that I went, Anthony was there. Anthony hobbled in after surgery with crutches, came in feeling sick from a cold, came in week after week no matter what and then talked to people after the meeting. He showed me hope, by his example and dedication, just by being there, talking and sharing his road to recovery. He showed me that commitment to this program can help maintain sobriety and change our own lives as well as the people around us who rely on us and care for us. I have talked to him and we both share a strong desire to be better parents to our kids and give them a chance to succeed as healthy adults.

On July 19, 2017, I celebrated six months of sobriety. In the first couple of months I never thought it was possible to have 6 days much less six months. I owe a debt of gratitude to all the people in the rooms who support me. I especially want to thank Anthony for being there when I needed someone to tell me I could do this. He did that by telling his story and sharing his personal strength and hope with me both in conversations privately and in the meetings I see him.





Hon. Denise L. Cote
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Dear Judge Cote,

I wanted to reach out on behalf of Anthony Weiner. I am sending this email to advocate for his character and affirm him as the man I know him to be. Anthony and I have known each other for about 8 months. I met Anthony in a therapy group focused on recovery for sex addiction. We also belong to the same 12-step fellowship so I have spent time with Anthony in those ways in addition to personal one to one social interactions for meals.

To give some background on myself, I am a few weeks away from my ▇ birthday, I'm married for 3 years, and I have a ▇▇▇▇▇ daughter named ▇▇▇. I work in the financial industry. I have been in recovery for the past 19 months. While our sexual pattern might have been different, our addiction is the same and we have bonded over this journey to become better people and rid ourselves of soul damaging compulsive behaviors. It has been an incredibly challenging time marking the end of a duplicitous life followed by accountability for poor decisions and some deep internal work. This was not all hardship as I have experienced a remarkable period of intense growth, increased spirituality, and a renewed authenticity and honesty in my 10+ year relationship with my wife and all other relationships in my life. It is a time that support from all angles has been crucial to navigate this period. Anthony and I relate as we have been sober in tandem starting last fall.

When I first met Anthony, he already had notoriety as a result of being a public figure in the midst of a challenging case. Anthony and I have gone from acquaintances to friends in relatively short order. Anthony has been undoubtedly one of the most remarkable men that I have met while in recovery. I speak to him virtually every day. I have gotten a chance to know him more intimately than many of my friends of multiple decades from all walks of life from high school, to college, to my professional life. In Anthony, I have seen an increasingly evolving person with a tremendous amount of contrition, integrity, and a good-natured citizen of this earth that wants to live his remaining time in this world as a better man. He has been there for me when I have needed emotional support in dire times as I've attempted to rebuild my life and family. I also admire the way that he has handled challenging people in our program and in life. He has kept his composure and class even in the face of attacking media stories and aggressive and hostile paparazzi. He is a natural leader in the 12-step fellowship and takes the rule and principles of the program seriously while not taking himself too seriously. He has injected light-hearted humor where appropriate as he has chaired meetings to keep the morale of recovering fellows elevated. The biggest area of passion that I have seen from Anthony has been his commitment to his son ▇▇▇. In the time that I have known him, his dedication to showing ▇▇▇ love, support, and companionship is something that is genuinely heart-warming. I aspire to be the active, engaged, and caring father I have seen Anthony be to his son in the time that I have known him. He lives his life to make him happier and more fulfilling.

If everybody in this country lived their lives the way that I have seen Anthony live his life in the time that I have known him, the world would be a much better place. If people in society pay it forward by taking cues from the positive examples of others, it would be a disservice to remove Anthony from mainstream society and away from being a fantastic and present father to ▇▇▇. I would ask for your consideration of my sentiments.

Best,

