Exhibit 36

July 24, 2017

Hon. Denise L. Cote
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Judge Cote:

I am writing on behalf of Anthony Weiner in advance of his sentencing in September.

I have been a member of a 12-Step recovery group based at the ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ since June of 2015. Anthony joined the group in November of 2016, and over the past 8 months I have had the chance to observe his journey in recovery and to discuss it with him.

Given the very public nature of Anthony's situation, the fact that he regularly attends local meetings and socializes with his fellows in recovery demonstrates to me an unusual courage and commitment. He shares frequently at meetings with a keen intelligence and unsparing insight into the seriousness and consequences of what he has publicly called his "sickness" – a sickness which we in recovery know only too well, and which almost always drives its sufferers into isolation and increasingly dangerous behaviors. Anthony has nonetheless remained a regular and valuable presence in our group, engaging with his fellows and sharing his own personal message of what we refer to as "experience, strength and hope."

This is the cornerstone of recovery: that we can best overcome this sickness – this addiction to demeaning behaviors – and maintain our sobriety by reaching out to other addicts. Anthony Weiner is uniquely equipped to be of service in this process and the story he shares is especially impactful for fellow addicts as it has, by his own account, touched every aspect of his life. This is very much a sickness of our present time and requires the immediate and decisive attention that Anthony has demonstrated.

It is my sincere wish for Anthony, however his life plays out in the future, that he will continue to be of service to our community, and perhaps in time to help raise public awareness of this increasingly serious social issue.

Thank you for your time and attention.



Carlstadt, NJ ▓▓▓▓



Hon. Denise L. Cote
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: <u>Anthony Weiner</u>

Dear Judge Cote,

I am writing in support of Anthony Weiner who I understand is to be sentenced by your court this summer.

I have been in a 12-step fellowship here in NYC for the past four years and have attended meetings on a regular basis throughout. I estimate that I have attended over 800 meetings and have met many hundreds more fellow addicts in that time. The program not only helped me find recovery, but it literally saved my life.

In gratitude for this gift of recovery, and as part of my 12th step which states that having recovered I should help spread the message, the program continues to be an integral part of my life in recovery. I have held several service commitments, helped start six new groups, and have had over a dozen sponsees that I have helped guide through various parts of the 12 steps.

In short, I have been in "the rooms" (as we say) for long enough that I think I have a good sense of those addicts who are committed to their recovery, and I have seen many fellows transformed by their recovery through the 12-step program.

I first started seeing Anthony at our 12-step meetings sometime last year. Anthony has been a consistent attendee at the meetings I regularly attend. I have seen and spoken with him almost weekly over the past several months, both in the meetings themselves, and also in informal fellowship that take place after meetings where one can get to better know their fellows.

From what he has shared with me and other fellows, it is clear to me that he is focused on helping others, and not just fellows, but his family and friends. He is also generous and kind with our fellows by sharing his journey, strength, experiences and hope. He is a devoted father to his son ▓▓▓, and is very supportive of his wife. In short, he is practicing the 12 step principles in all aspects of his life.

He also recognizes that he is in a unique situation given the public nature of his circumstances, and he understands that he can help other fellows (and addicts who have not yet sought recovery) in ways that others, including me, cannot. It is no small thing that Anthony can benefit so many others, and especially now that this form of addiction is exploding into the consciousness of the public.

I did not know Anthony before he started his recovery program in our fellowship, so I cannot compare the person I know to the person he was before he sought recovery. It is evident to me, however, that Anthony is committed to his recovery. He has the "gift of desperation" that most addicts need to truly

recover. (And as one who had to hit multiple bottoms to find that desperation, I can completely empathize with his situation.)

We are taught that anonymity is the spiritual foundation of our program. Thus I am constrained in discussing matters outside of the rooms, but I hope I have conveyed to you a sense of who Anthony is today and how he is living his life in recovery. I also truly believe that it would be much more beneficial to his family and to others in his life if he can continue to be a presence in their lives.

Exhibit 38



New York, NY

Hon. Denise L. Cote
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

July 27, 2017

Honorable Judge Cote:

My name is ▓▓▓▓▓▓▓, and I am happy to write a letter on behalf of Anthony Weiner, and speak to his character.

My name is ▓▓▓, and I am a sex addict. I have known Anthony since November, when, back from a treatment center, he started attending meetings for sex addicts in New York. While I am aware of his attendance at other meetings through out the week, we share one weekly meeting in common, and like myself, Anthony is a regular, consistent attendee. Afterward, more likely than not, we both will engage in fellowship with about eight to ten other people for a period of around an hour.

A fundamental principal of any 12 Step Recovery program is anonymity, and that what is said in the rooms stays in the rooms. The rooms provide a safe place for any person to speak about who they are, come to grips with what they have done, and seek a solution – a spiritual solution – so that they can live a better, more fulfilling life. A key feature of anyone sincerely using the rooms for this purpose is their honesty and openness.

So… I feel a degree of circumspectness on my part is appropriate. But let me make some clear statements that I hope you will take into account in coming to your decision concerning Anthony Weiner.

First, Anthony is fully accepted in the fellowship as Anthony because his commitment to his own recovery is apparent. His shares are shares of real self-examination, where others hear his thoughts on issues that they too wrestle with in their recovery – issues of responsibility, of self worth, of finding and relating to his Higher Power, of the meaning of various Steps. In Anthony's shares, one hears a man in recovery. One hears a man accepting and dealing with life as best he can, in the present, with full integrity.

The meeting that I see Anthony at is one that features a weekly reading of an essay on one of the 12 Steps, in order, and fellows discuss their understanding of the Step and where they are with it in their lives. It is not a meeting of 'getting current', which has its place in recovery, but rather of exploration and deepening of one's sobriety. There are no final answers in recovery. My own recovery approaches four years and yet I learn from what Anthony has to say about the Steps in his life. His presence and commitment to the program helps others, and it helps me.

Second, Anthony is a man with real talents. Yes, he is intelligent. Yes, he is articulate. Those things have been on public display through out his adult life. But he is also a man who can listen to others and hear them out – this shows up in fellowship. By what I have heard him say, he had a love for, and a personal satisfaction in, public service in the best sense of that phrase.

Third, one chooses recovery not because it is easy, but ultimately, because one wants to. It is not simply about giving up certain behaviors – it is about changing all of one's life Anyone in recovery from an addictive compulsive behavior – alcohol, gambling, drugs, overeating – finds anonymity useful as one goes about working out that change. Anthony has not had that, and he accepts that with a real grace, which, in and of itself, is an example for all of us.



Exhibit 39

9/5/17

Dear Judge Cote,

My name is ▓▓▓ and I am a sex addict. I have been in recovery and sober from sexually compulsive behavior now for almost two years. I had known of Anthony Weiner like so many others through newspaper headlines. In my active addiction, I would read a new headline about Anthony and wonder, "Again? What's wrong with this guy? When is he going to learn?" All the while I myself was engaging in similarly destructive behavior, doing the exact same things but lost in my own denial. My pattern was the same though - get caught, promise change, believe I could change, try really hard ...but ultimately fail. The cycle would then repeat and I had no control over it.

In my case that cycle repeated, and repeated until I hit bottom. With my marriage on the line my wife found me a therapist and that therapist immediately pointed me to ▓▓▓. In recovery I knew that my affliction had a name, "sex addiction" and it was beyond the control of my will.

Not surprisingly, the headlines kept coming for Anthony. With a foundation of recovery now under my belt I would read new headlines about Anthony and identify with exactly what was going on. I saw a fellow sex addict. I prayed for Anthony and wondered, "when am I going to see this guy in the rooms?"

That day finally came on November ▓▓▓. I was both shocked and star struck by his presence. Immediately after the meeting I told my wife and another fellow about who I had just seen at the meeting. I realized I had broken a key tradition of the fellowship - I had compromised Anthony's anonymity. I called my sponsor and he told me I had to do a 10th step - make direct amends to him for my wrong the next time I saw him.

The next day after a meeting, I introduced myself to Anthony and I told him that I had an amends to make. I explained how I compromised his anonymity. He met the news graciously but told me that the rooms were his one safe place. I could certainly understand that. He kept coming back though, and I kept coming back and we became friends with a mutual respect for one another.

Anthony has endured a great deal of suffering as a sex addict. This was amplified by his public presence and the media making it twice as painful and challenging as what most other sex addicts have to endure and overcome in recovery.

Anthony's strength is like none other. He keeps coming back, he has never faltered, and he has approached his recovery with determination an unbelievable strength and humility. Anthony regularly does service at meetings – from being a literature co-chair (with me) to chairing meetings on his own. He took his time to get there - increasing his own responsibilities in the fellowship through support from other members at first and then on his own. He has been growing, one step at a time and not doing so to prove something to anyone or himself.

One of the things that really drives Anthony is being a great father, and he is! Above everything Anthony prides himself in being an attentive father and ▮▮▮▮▮ He derives great joy from being a dad, and ▮▮ is lucky to have such an attentive and loving father.

Nobody wants to be a sex addict. It's a lonely life in our addiction filled with fear and shame, devoid of feeling and color and completely unmanageable. But there is a solution in the 12 steps of ▮▮ and other such fellowships, and it does work. I've seen real change in people who commit to making recovery their number one priority, and in those who do the work. Anthony is one of those people doing the work and who is on the path. I've already seen incredible changes in him.

He has been an inspiration to me and I'm grateful for the opportunity to write this letter on his behalf. There is a very different man now in place of the headlines. The behind the scene story is about a man in action who is in the process of rehabilitation and change whos presence, fellowship and friendship is helping others recover from their own sex addiction. There is a willing father and a committed husband filled with love and a new sense of purpose driven by a power greater then himself.

Thank you f▮▮▮▮ the time to read this letter. Regards,

Exhibit 40

Hon. Denise L. Cote
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Hon. Denise Cote,

By the time I met Anthony at ▮▮▮▮▮▮▮▮▮▮▮▮ he'd lost everything he possibly could, it seemed: his career, his marriage, his reputation. Yet he was in a positive mood. He greeted and thanked every person who shared (a minor revealing habit, in terms of program commitment), and when Anthony's turn came he spoke with unmistakably authentic gratitude. Such genuine positivity in so grim a situation may be difficult to understand, however the relief of escaping the cycle of obsession and compulsion, as Anthony finally had, is overwhelmingly powerful. The point is: Anthony was for real. He was humbled. Hopeful. And, that day, happy.

All he cared about now was his son. At lunch, once, I offered some unsolicited advice about controlling his "story". Instantly Anthony raised his hands, not merely with frustration but *revulsion*. "You're not seeing this through the proper lens, ▮▮▮" he said. "There's no more *story*. There's only ▮▮▮. He is my redemption. He's all that matters now." Over and over he's said this. He means it. And he's wrong. Because recovery needs him, too. Given his dedication and natural leadership, he's an invaluable asset to fellow sex addicts, to me. Probably one of the funniest things I've ever seen was a fiery former congressman wading into the totally inept bureaucracy of a recovery business meeting. "I'm sorry," he interrupted, "but I really don't think we can vote on that amendment until the preceding motion it's *amending* is formally voted on, right?" In addition to hilarious and annoying and helpful, his procedural intervention that day was further testament to Anthony's devotion: while most (like me) are asleep during business meetings, and too self-absorbed to greet and thank the person sharing, Anthony is wide-awake and connecting with people who need him. (Ultimately I believe Anthony will have a historically significant contribution to advancing sexual recovery.)

I began this letter by say saying that, when I met him, it *seemed* as though Anthony had lost everything he possibly could. Obviously that wasn't the case, as he now stands to lose ███, and the recovery community that he depends on and that depends on him. Nevertheless, at lunch again on Saturday he didn't focus on himself; he asked me about my job search, if I was making enough meetings, if I'd spoken with our struggling friend. As for him, he eventually he said it was more of the same: his life was going to meetings and taking care ███. He shook his head and grew quiet a moment, sadly reflecting, I thought, on how comparatively small his life had become. Then he said, longingly: "If only they'd let me keep doing it."

I pray that you let him keep doing it. Sincerely,

