UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA,            :     17Cr0307 (DLC)
                                     :
            -v-                      :     ORDER
                                     :
ANTHONY WEINER,                      :
                Defendant.           :
                                     :
-------------------------------------X

DENISE COTE, District Judge:

    Today, this Court received a hand-delivered two page letter dated September 13 from defense counsel requesting permission to redact certain information from his ECF-filed sentencing materials. This letter shall be filed under seal. It is hereby

    ORDERED that defense counsel shall file on ECF a redacted copy of his September 13 letter.

    IT IS FURTHER ORDERED that defense counsel shall provide the Court with a hard copy of the sentencing submissions that highlights the material he has redacted from the ECF-filed submissions.

Dated:   New York, New York
         September 14, 2017

                                                       DENISE COTE
                                  United States District Judge