September 21, 2017

U.S. District Judge Denise Cote
Southern District of New York
500 Pearl Street
New York, NY



Dear Judge Cote,

I am a member of the public and a reporter for Newsday covering the case of U.S. v. Anthony Weiner, 17CR307. I am writing to request access to an unredacted version of the prosecution sentencing memorandum (Docket 31) that was filed on Sept. 20.

I previously wrote to you requesting access to unredacted versions of sentencing materials submitted to you by Weiner's defense team. Instead of being repetitive, I would incorporate here the recitations of the law relating to the presumption of access and the arguments in favor of access in this case that I made in that letter, which is posted as Docket 27.

The prosecution has redacted one line on page 6 of its sentencing memo. From the context, it appears to relate to Weiner's attraction to minors – which, as noted in my earlier letter, is at the heart of this sentencing decision and critical to the public's understanding and oversight of it.

Weiner's sentencing is scheduled for Monday, Sept. 25. It would be most useful if matters you decide should be open to the public were to be unsealed before then.

Thank you for your attention.

/John Riley
Newsday
riley@newsday.com