September 18, 2017

Dear Judge Cote,

I am not a close friend of Anthony Weiner's, but as a community leader and constituent, I met Anthony many times, both in his role as congressman and as aide to Sen. Schumer. Anthony always stood out because of his devotion to his constituents; the needs of our community were his top concern. He tirelessly attended community meetings and fundraisers, and he always wanted to know what he could do to better our neighborhood. Unlike some politicians who have ended up in court, Anthony was always true to his constituents; he didn't sell his vote or pilfer funds.

I also want to say a few words about the nature of Anthony's crime. Had he attacked a 15 year old girl in the park, that would have been unforgivable; however, that was not the nature of his crime. If Anthony is free to move about in society, no one's child is in danger of being physically attacked by him. I think that this distinction is very important when deciding on his punishment.

I can't begin to speculate what happened to Anthony, but I know that he has already paid a tremendous price for his actions: he has lost his profession, his wife, and his reputation. Adding jail time would serve no useful purpose; Anthony's life has already been ruined forever. Would you please show mercy to a man who did a tremendous amount of good for many, many people, and balance out his good, past actions against his unlawful behavior?

Respectfully,

Barbara Barran

Brooklyn, NY