Honorable Denise L Cote  
United States Courthouse  
500 Pearl St  
New York, NY 10007-1312

September 14, 2017

RE: Anthony Weiner

Dear Judge Cote,

I am writing to you as a concerned and disgusted citizen of New York regarding the upcoming sentencing of Mr. Anthony Weiner.

I realize that much of Mr. Weiner's past transgressions may not have direct bearing on his current charges, but it paints a picture of a perverted and deviant sexual predator whom in my opinion should be shown no mercy by the court upon his sentencing scheduled for September 25th.

Mr. Weiner is being portrayed by his legal defense as a weak and sick man, incapable of distinguishing right from wrong and having no control over his own behavior.

I ask that you discount this nonsense and see Mr. Weiner for what he truly is, a danger to our society, plain and simple. Showing any leniency toward this individual will send the wrong message to countless New Yorkers and the country that being a public figure unto itself will provide him protection from full prosecution and punishment. While in office, he really was not that wonderful as his defense team has suggested, rather an average performer with little care for his constituency, while hiding his dark and perverse secrets.

In addition, Mr. Weiner has publically embarrassed his family on multiple occasions, especially his trusting wife Ms. Abedin. By sentencing Mr. Weiner to prison time, you will be allowing Ms. Abedin the opportunity to move on with her life and career and start to heal as well as put this sad chapter of her life behind her, I worry anything less than incarceration will afford Mr. Weiner the opportunity to continue to hold Ms. Abedin and their son hostage in his sick and twisted world.

Thank you for your valuable time,

Sincerely,  
A concerned New Yorker

HJ
P.O Box 437
Fishkill, NY 12524

Honorable Denise L Cote
United States Courthouse
500 Pearl St
New York, NY 10007-1312


