** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| September 25, 2017 7:58:28 AM EDT | | 204 | 6 | Received |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-25-2017

RECEIVED
SEP 25 2017
CHAMBERS OF
DENISE COTE

Fax Cover Sheet

Total # of pages including cover sheet is 6.

From: Robert Donnelly
cellphone 516 532 6900

To: Covington Law Office
Arlo Devlin Brown
Fax # 212 841 1010

Subject: Letter I wrote to Judge Denise Cote presiding over the Anthony Wiener case. Sentencing to take place Sept 25, 2017 at 10am. This is a very important letter that needs to get to the courtroom ASAP Monday morning so that the Judge can read it before she does the sentencing of Mr Wiener. I spoke to Arlo Sunday night. He said to have the fax sent to his computer and have somebody print it out and rush it over to the courthouse. This letter could effect the decision of the Judge if Mr Wiener goes to Jail. That's why it's vital to be brought to the courthouse right away.

Page 1

DEAR Judge Denise Cote

I was inspired to write this letter to you after reading some storys last week in the N.Y. Daily News and N.Y. Post Regarding your upcoming sentencing on Sept 25, of Mr Anthony Wiener. I have never met nor do I have any connection to him. Since Monday is only 3 days away I would imagine you probably have made up your mind about if your going to give Mr Wiener a Jail Sentence. I am the eternal optimist who believes the glass is always half full not half empty. That there is a silver lining in every cloud and when life throws you lemons you make them into lemonade. I believe Everybody deserves a second chance to Redeem Themselves and try to make up for the pain and suffering that Mr Wiener caused to his Ex Wife, son and Family members by his poor Judgement and giving into his sexual addiction with a minor. I believe Sexual Addiction is a disease just as addictive as Gambling, Alcohol, smoking and Drug use that needs to be treated by a professional and change the negative behavior of that person. I was glad to read that Mr Wiener has been in therapy for the past year to deal with this Addiction. And has stated he is a changed man. Aside from this unfortunate event with the minor he has led a Exemplary life long career in government public service always trying to better the lives of the people he served as a councilman and then congressman from Queens. I know his career down fall actually goes back to 2011 with his sexting with other women. But at least that was not a illegal event. I feel to some degree he has already been punished with the loss of his marriage and professional career and losing down his ex-wife, son, Family and friends. And that he will be a Registered Sex offender for the Rest of his life. Before I present my alternative idea instead of a jail sentence, I offer it not because I want to see Mr Wiener spend any jail time but because what would be a better more productive way to utilize his talents to help people as opposed to being in jail for a couple of years doing nothing. Plus I feel that why should his 5 year old son Jordan through no fault of his own be deprived of having a father figure around at a crucial time of his development as a child.

page 2

My alternative proposal is to sentence him to 2 years of house arrest with a ankle monitoring device. He will perform community service during this time like maybe at a hospital environment or caring for terminally ill patients in hospice care or maybe a nursing home environment. It could be a combination of all three. But there is another very important function he could also accomplish. There are thousands of men like Mr. Wiener all over the country with the same kind of Sexual Addiction problem like he has. They come from all walks of life. From the CEO of a company to Washington politician to doctors, lawyers and just plain old blue collar working men. He could speak at Sexual Addiction clinics telling them his own life experiences dealing with this kind of addiction and how with proffesional help it can be overcome. Mr Wiener is the perfect posterboy of how a man who is otherwise a decent, hard working person and once a productive, respected member of society gave in to his Sexual Addiction. It proves how they really can't help themselves knowing the damage it can cause to their personal and proffesional lives yet still continue to give into the addiction. I believe he has the capacity with his speaking talent as a former congressman to reach out to all the sexually addicted men out there and warn them of the dangers of their sexual addiction behavior. And to seek out proffesional help before they end up loosing everything like Mr Wiener has. I also liked the idea he wrote to you in his letter that he wants to start a nonprofit organization to help ex sex addicts and young to break into the food industry. This is kind of what I meant when I said about when life throws you lemons you can make them into lemonade. And how this is the Silver Lining in Mr. Wieners cloud. This is why I believe he is the perfect candidate to receive this special kind of sentencing as compared to receiving a normal jail sentence. This way is a much more productive way he can pay his debt to society. Since his wife is now the breadwinner of the family and has to go to work every day.

page 3

Mr. Wiener serving house arrest can be there to give Jordan breakfast. Then take him to school. and be able to pick him up at school. The court would work out a schedule of the time he is allowed to leave the apartment. Like taking his son to school, and performing his community service work or speaking at a sex addiction clinic. outside of this he would need special permission from his probation officer. To leave the apartment. He would be allowed to have only a regular cell phone that can only make and recieve calls. And he would be allowed to have a computer but it would have no access to any social media sites or porn sites. You would tell him on sentencing day That if the court ever finds out that you were sexually texting a minor or even a woman of legal age or you acted sexually inappropriately to any woman you may come into contact with I will immediately sentence you to a jail term.

You can then say at the sentenceing, you not only broke a man made law with your inappropriate behavior with a minor, but just as importantly you broke Gods law. Then you could say overall asside from this misstep in your life, you have lived a exemplary life of government service to the people of N.Y., and tried to improve the quality of their lives. And I have also taken that into consideration in making my sentenceing decision today. Then your final words to him could be I hope you were serious when in your letter to me you said your a changed man after recieving therapy for your sexual addiction. Try and dedicate the rest of your life to making Huma, Jordon and your family and friends proud of you as they once were before these negative events in your life occurred.

page 4

Since I have no connection to Mr Wiener I am a objective outsider who can see the Bigger picture here. The defense Lawyers are just concentrating on No Jail Time for Mr Wiener. The prosecuting Lawyers are hung up on the 2 year Jail Time idea. They are all Too emotionally involved with The case. Then They Both get caught up in all the Legalese talk and mumbo jumbo. I think any Judge presiding over a case has the hardest Job of all. They have to check their emotions at the door and Be Totally objective hearing the Facts From Both sides of a case. I don't Think any Body including Judge Cote has thought about the option of House Arrest as a viable compromise solution to the sentencing of Mr Wiener. I think its a win win situation For Both sides. The defense Lawyers get to see Mr Wiener avoid Jail Time and the prosecutors still get to see some Form of punishment given to Mr Wiener with The House Arrest proposal. But most of all what's more important in my mind opting For the House Arrest is 5 year old Jordan gets to keep his Father in his Life when he is at a crucial age where he Needs a Father Figure For his proper childhood development. I Remember when I was 5 years old and my Father was the most important thing in my life. He was my hero and I wanted to Be with him all the Time. This situation is already Bad enough. If you put Mr Wiener in Jail you most certainly will make Jordan a additional victim in this already messy situation. And Mr Wiener will Be doing community service work helping people Rather than Languishing in Jail. The community service work getting to help people will go a long way to help Rebuild his self Respect, self worth and confidence and Become a productive member of society as he once was. If you send him to Jail it will undo all the success and hard work he did this past year with his sexual addiction therapists. And the House Arrest will allow him to continue with The therapists. He is already Basically in a self imposed prison of his mind and soul because he knows he is The one who self destructed his Life and hurt those who still care and Love him in spite of his Flaws. Mr Wiener Realizes what he did was Legally and morally wrong and feels horrible For doing it. He Needs to Be with his son as much as his son Needs to Be with him.

Page 5

He will recieve from his son the strength he will need to get through the most darkest period of his life. This is a important crossroad in Mr Wieners Life Journey. He is still young at 53 and still has the capacity to be able to help people again. If your honor chooses to give him house arrest that will be his pathway to Rightousness and a chance to rebuild his life. I think this is a much more productive way for Mr Wiener to repay his debt to society for what he did instead of sending him to jail.