UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
                                       :
UNITED STATES OF AMERICA,              :         17Cr0307 (DLC)
                                       :
              -v-                      :              ORDER
                                       :
ANTHONY WEINER,                        :
                     Defendant.        :
                                       :
---------------------------------------X

DENISE COTE, District Judge:

On September 26, 2017, NYP Holdings, Inc. ("NYP") moved to partially unseal letters from the victim, her father, and her grandmother, each of which was submitted in connection with the sentencing of the defendant.  It has also moved to partially unseal the letter from defense counsel responding to certain assertions in those letters.  The NYP agrees that all personally identifying information may be redacted from any publicly filed documents.[1]  Having received this motion, it is hereby

ORDERED that by October 6, 2017, the Government and the defendant shall each submit letter briefs responding to the motion.

Dated:     New York, New York
           September 28, 2017

                              _____
                                    DENISE COTE
                         United States District Judge

---

[1] In making this motion, the NYP is incorrect to the extent that it argues that the Court's reference at sentencing to helpful letters was a reference to anything other than the entire body of letters submitted at the time of sentence, the overwhelming majority of which were publicly filed with minimal redactions.