## COVINGTON

BEIJING   BRUSSELS   DUBAI   JOHANNESBURG   LONDON
LOS ANGELES   NEW YORK   SAN FRANCISCO   SEOUL
SHANGHAI   SILICON VALLEY   WASHINGTON

Erin Monju

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T +1 212 841 1172
emonju@cov.com

**By ECF**
Hon. Denise L. Cote
United States District Judge
United States Courthouse
500 Pearl St.
New York, NY 10007

October 6, 2017

Re: *United States* v. *Anthony Weiner,* 17 Cr. 307 (DLC) — Letter Brief Regarding Motion to Unseal

Dear Judge Cote:

We write on behalf of Anthony Weiner, the defendant, pursuant to the Court's Order of September 28, 2017 directing the parties to respond to a letter motion by the *New York Post* seeking the partial unsealing of letters from the victim and her family as well as Mr. Weiner's response to those letters. We understand that the Government believes these materials should remain sealed in their entirety given the victim's privacy interests. The defense takes no position on this issue. However, if the Court were to determine that redacted versions of the letters should be unsealed, we respectfully request that the Court grant the defense an opportunity to review and comment on any redactions proposed by the Government.

Respectfully submitted,

Erin Monju

cc: AUSA Amanda Kramer and AUSA Stephanie Lake