```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X

United States of America           :
                                   :   **UNSEALING ORDER**
          -v.-                     :
                                   :   17 Cr. 307 (DLC)
Anthony Weiner,                    :
                                   :
          Defendant.               :

- - - - - - - - - - - - - - - - - X

Upon application of the United States of America, by and through Assistant United States Attorneys Amanda Kramer and Stephanie Lake, it is hereby ORDERED that the Search and Seizure Warrant and its Attachment A, 16 Mag. 6123, which were filed under seal on September 26, 2016, be and hereby are unsealed.

SO ORDERED.

Dated: New York, New York
       May 16, 2018

                                    _____
                                         DENISE COTE
                                    United States District Judge