

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 8, 2018

**BY EMAIL**

The Honorable Denise Cote
United States District Judge
Southern District of New York
New York, New York 10007

    Re:    *United States v. Anthony Weiner*, 17 Cr. 307 (DLC)

Dear Judge Cote:

    The Government writes to respectfully request that the Court grant the unsealing of a search warrant affidavit (the "Affidavit") submitted during the investigation in the above-captioned case. On September 26, 2016, the Honorable Ronald L. Ellis authorized a search warrant, designated 16 Mag. 6123, for three of the defendant's electronic devices, including his laptop computer (the "September 26 Warrant"), which warrant was supported by the Affidavit. On May 16, 2018, the Court ordered the unsealing of the September 26 Warrant. The Government now respectfully requests that the Court order the unsealing of the Affidavit in support of the September 26 Warrant.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

By:    _____
    Amanda Kramer / Stephanie Lake
    Assistant United States Attorneys
    (212) 637-2478 / 1066