UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X

United States of America                    :

              - v. -                        :

                                            :   **UNSEALING ORDER**

                                            :   17 Cr. 307 (DLC)

Anthony Weiner,                             :

              Defendant.                    :

                                            :

- - - - - - - - - - - - - - - - - X

          Upon application of the United States of America, by

and through Assistant United States Attorneys Amanda Kramer and

Stephanie Lake, it is hereby ORDERED that the Affidavit in

support of the Search and Seizure Warrant, 16 Mag. 6123, which

were filed under seal on September 26, 2016, be and hereby is

unsealed.

SO ORDERED.

Dated: New York, New York
       June 8  , 2018


                    _____
                    HONORABLE DENISE COTE
                    UNITED STATES DISTRICT JUDGE
                    SOUTHERN DISTRICT OF NEW YORK