Anthony Weiner                                    5                    3613943 - Darryl Spencer
Docket Number: 0208 1:17CR00307



**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 6/10/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**PROBATION OFFICE**

*JUDICIAL RESPONSE*

**THE COURT ORDERS:**

 Court approves U.S. Probation Officer's recommendation:

    No action at this time.

or

U.S. Probation Officer is directed to:

☐    Submit a Request for Modifying the Condition or Term of Supervision

☐    Submit a Request for Warrant or Summons

☐    Other:

_____
DENISE COTE
United States District Judge

JUN 10 2020
_____
Date

PROB 12A
(4/15)